LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NEW JERSEY 07834
TEL: 973-453-2838
FAX: 973-453-2869
SJG@SGOLDSTEINLAW.COM
Scott J. Goldstein, Esq. (016472004)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| In re: | Case No. 21-15411 |
| Christopher Fischer and Magdalena Fischer | Chapter 13 |
| | Hon. Rosemary Gambardella |
| Chapter 13 Debtor | |

### DECLARATION OF CHRISTOPHER FISCHER AND MAGDALENA FISCHER

**Christopher Fischer and Magdalena Fischer**, of full age, declares as follows under penalty of perjury and pursuant to 28 U.S.C. §1746:

1. We are residents of the State of New Jersey and the Debtors in the referenced Chapter 13 case.

2. As such, we have personal knowledge of the facts set forth in this Declaration, which we make in support of our application to extend the automatic stay in the within case.

3. We were the Debtors case 19-3108, which was dismissed almost eighteen months after the initial filing date.

4. We converted the previous case to a Chapter 7 and were subsequently required to convert back to a Chapter 13.

5. The previous case was dismissed as we were unable to afford the large payment necessary to bring the case current at the time of the conversion back to Chapter 13.

6. We have been able to organize our finances to manage the plan payments necessary to ensure the successful completion of this current Chapter 13 bankruptcy.

7. As such, we request that the Court extend the automatic stay in this case.

**I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND INFORMATION. I UNDERSTAND THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE. I AM SUBJECT TO PENALTIES OF PERJURY**.

Dated: 7/1/2021                                     /s/ Christopher Fischer
                                                    Christopher Fischer

Dated: 7/1/2021                                     /s/ Magdalena Fischer
                                                    Magdalena Fischer