UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

**Order Filed on July 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____

Chapter: _____

Judge: _____

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

**(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 6, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

After review of the application of _____ for a reduction of time for a hearing on _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ at _____ in the United States Bankruptcy Court, _____, Courtroom No. _____ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

☐ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

☐ Other:

*rev.3/23/20*