UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                              CASE NO.: 21-15411-RG
                                                            CHAPTER 13

**Christopher Fischer,**
    Debtor.

**Magdalena Fischer**
*fka* **Magdalena Krajina,**
    Joint Debtor.
_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of TIAA, FSB ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                           Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                           Authorized Agent for Secured Creditor
                                           130 Clinton Rd #202
                                           Fairfield, NJ 7004
                                           Telephone: 973-575-0707
                                           By: /s/Shauna Deluca
                                           Shauna Deluca
                                           Email: sdeluca@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 6, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

CHRISTOPHER FISCHER
225 MOUNT HOPE AVE
DOVER, NJ 07801-2703

MAGDALENA FISCHER
225 MOUNT HOPE AVE
DOVER, NJ 07801-2703

And via electronic mail to:

SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ 07834

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Vincent Dodge