## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re <u>Christopher FIscher and</u>                          Case No. <u>21-15411</u>
<u>Magdalena Fischer</u>

## <u>TRANSFER OF CLAIM OTHER THAN FOR SECURITY</u>

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PNC Bank, National Association | BBVA USA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee
should be sent:

PNC Bank, National Association
PO Box 94982
Cleveland OH 44101

Phone: <u> (855) 245-3814</u>
Last four Digits of Acct #:<u>  6267</u>

Name and Address where Transferee payments
should be sent (if different from above):

Court claim # (if known): <u> 21-1</u>
Amount of Claim
    Total Debt: $<u>1,137.00</u>
Date Claim Filed: <u> August 19, 2021</u>

Phone:
Last Four Digits of Acct. #:<u>  6267</u>

Phone:
Last four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u> /s/ Edward H. Cahill</u>                   Dated:<u> November 29, 2021</u>
        Transferee/Transferee's Agent

Penalty for making a false statement:  Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Transfer of Claim was filed

electronically.  Notice of this filing will be sent to the following parties through the Court's

Electronic Case Filing System:

Scott J. Goldstein, Attorney for Christopher FIscher and Magdalena Fischer, Law Offices of
Scott J. Goldstein, LLC, 280 West Main Street, Denville, NJ 07834, sjg@sgoldsteinlaw.com

Marie-Ann Greenberg, Chapter 13 Trustee, Chapter 13 Standing Trustee, 30 Two Bridges Rd,
Suite 330, Fairfield, NJ 07004-1550

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

Christopher FIscher and Magdalena Fischer, 225 Mount Hope Ave, Dover, NJ 07801-2703

_/s/ Edward H. Cahill_____