Form 185 − ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−15411−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher FIscher
225 Mount Hope Ave
Dover, NJ 07801−2703

Magdalena Fischer
fka Magdalena Krajina
225 Mount Hope Ave
Dover, NJ 07801−2703

Social Security No.:
xxx−xx−3376

xxx−xx−7926

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 4, 2021.

On 01/04/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:            February 16, 2022
Time:            08:30 AM
Location:        Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 5, 2022
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Christopher FIscher  
Magdalena Fischer  
    Debtors

Case No. 21-15411-RG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: 185 | Total Noticed: 66 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Christopher FIscher, Magdalena Fischer, 225 Mount Hope Ave, Dover, NJ 07801-2703 |
| cr | + | TIAA, FSB, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519252709 | | American Expres, PO Box 1270, Newark, NJ 07101-1270 |
| 519262262 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519252710 | | American Express National Bank, PO Box 30384, Salt Lake City, UT 84130-0384 |
| 519252712 | | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519252711 | | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519252714 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 519261794 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519252726 | | Citizens Bank, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519252728 | + | DCM Services, 7601 Penn Ave S Ste A600, Minneapolis, MN 55423-5004 |
| 519252732 | | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 519252733 | | First National Bank, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 519252734 | + | Fnb Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 519252735 | | HSBC, Attn: Bankruptcy, PO Box 5263, Carol Stream, IL 60197-5263 |
| 519298892 | + | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 519260863 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 519252742 | | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519252743 | | Sofi Lending Corp, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 519252744 | | State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, PO Box 245, Trenton, NJ 08695-0245 |
| 519252746 | | TIAA Bank, ATTN: Mortgage Resolution, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 519299220 | + | TIAA, FSB, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 519252747 | | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 05 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2022 20:35:02 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519262262 | | Email/PDF: bncnotices@becket-lee.com | Jan 05 2022 20:35:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519252716 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2022 20:35:20 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: 185 | Total Noticed: 66 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 519261632 | + Email/Text: enotifications@santanderconsumerusa.com | Jan 05 2022 20:31:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519279120 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 05 2022 20:30:00 | Citizens Bank, N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 519261584 | + Email/PDF: ebn_ais@aisinfo.com | Jan 05 2022 20:35:41 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519252717 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2022 20:35:04 | Capital One NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519252718 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2022 20:35:52 | Capital One, N.A., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519252720 | Email/Text: enotifications@santanderconsumerusa.com | Jan 05 2022 20:31:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 519252721 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2022 20:35:41 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519252722 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2022 20:35:41 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519252723 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2022 20:35:20 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519252724 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2022 20:35:56 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519252725 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2022 20:35:20 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519252727 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2022 20:31:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519252729 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2022 20:35:20 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519252739 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2022 20:35:56 | Macys/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 519267647 | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2022 20:31:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519252730 | Email/Text: mrdiscen@discover.com | Jan 05 2022 20:30:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519252731 | Email/Text: mrdiscen@discover.com | Jan 05 2022 20:30:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519252736 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 05 2022 20:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519252737 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 05 2022 20:31:00 | Jefferson Capital Syst, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 519291230 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 05 2022 20:31:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 519252719 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 05 2022 20:35:04 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519252738 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 05 2022 20:35:04 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519286946 | + Email/Text: RASEBN@raslg.com | Jan 05 2022 20:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Raton, FL 33487-2853 |
| 519260808 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2022 20:35:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519258303 | | Email/PDF: pa_dc_claims@navient.com | Jan 05 2022 20:35:53 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 519252740 | | Email/PDF: pa_dc_claims@navient.com | Jan 05 2022 20:35:06 | Navient Solutions, LLC, Attn: Claims Dept, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 519252741 | | Email/Text: electronicbkydocs@nelnet.net | Jan 05 2022 20:31:00 | Nelnet, PO Box 2970, Omaha, NE 68103-2970 |
| 519252715 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2022 20:30:00 | BBVA USA, 2009 Beltine Rd, Decatur, AL 35603 |
| 519288702 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2022 20:30:00 | BBVA USA, PO Box 10566, Birmingham, AL 35296 |
| 519453888 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2022 20:30:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 519453889 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2022 20:30:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101, PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 519291239 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2022 20:35:10 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519294737 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2022 20:35:53 | Portfolio Recovery Associates, LLC, c/o SUNOCO, POB 41067, Norfolk, VA 23541 |
| 519291242 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2022 20:35:39 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519256064 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2022 20:31:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519284244 | | Email/Text: lhunsaker@sofi.org | Jan 05 2022 20:30:00 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121 |
| 519253581 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2022 20:35:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519252745 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2022 20:35:56 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519294578 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2022 20:35:54 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519262263 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519252713 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519261754 | *+ | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519279123 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 21-15411-RG    Doc 34    Filed 01/07/22    Entered 01/08/22 00:17:44    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: 185 | Total Noticed: 66 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2022          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Bank of America N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott J. Goldstein | on behalf of Joint Debtor Magdalena Fischer sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| Scott J. Goldstein | on behalf of Debtor Christopher FIscher sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| Shauna M Deluca | on behalf of Creditor TIAA FSB sdeluca@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6