SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834

Re:  CHRISTOPHER FISCHER
     MAGDALENA FISCHER
     225 MOUNT HOPE AVE
     DOVER, NJ 07801-2703

Atty: SCOTT J. GOLDSTEIN
      LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
      280 WEST MAIN STREET
      DENVILLE, NJ  07834

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022**
Chapter 13 Case # 21-15411

**NOTE:** THIS IS A BASE PLAN IN THE AMOUNT OF $150,000.00

## RECEIPTS AS OF 01/14/2022   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/21/2021 | $2,500.00 | 7824327000 | 08/03/2021 | $2,500.00 | 7854700000 |
| 09/02/2021 | $2,500.00 | 7921048000 | 10/07/2021 | $2,500.00 | 8001640000 |
| 11/02/2021 | $2,500.00 | 8058058000 | 12/08/2021 | $2,500.00 | 8133539000 |
| 01/10/2022 | $650.00 | 8200453000 | | | |

**Total Receipts: $15,650.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $15,650.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| TIAA FSB | 11/17/2021 | $778.74 | 880,738 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 857.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,250.00 | 100.00% | 4,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRES | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 6,667.20 | * | 0.00 | |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 3,600.56 | * | 0.00 | |
| 0004 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 1,137.00 | * | 0.00 | |
| 0007 | BANK OF AMERICA | UNSECURED | 3,235.00 | * | 0.00 | |
| 0010 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 10,039.26 | * | 0.00 | |
| 0011 | JPMORGAN CHASE BANK NA | UNSECURED | 4,793.84 | * | 0.00 | |
| 0013 | LVNV FUNDING LLC | UNSECURED | 11,272.74 | * | 0.00 | |

**Chapter 13 Case # 21-15411**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---|---:|---|
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,923.17 | * | 0.00 | |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,075.01 | * | 0.00 | |
| 0016 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,300.66 | * | 0.00 | |
| 0018 | CITIZENS BANK NA | UNSECURED | 40,735.83 | * | 0.00 | |
| 0019 | QUANTUM3 GROUP LLC | UNSECURED | 1,353.78 | * | 0.00 | |
| 0021 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 4,063.87 | * | 0.00 | |
| 0023 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 1,821.25 | * | 0.00 | |
| 0025 | FIRST NATIONAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | HSBC BANK USA, N.A. | UNSECURED | 4,650.00 | * | 0.00 | |
| 0032 | NAVIENT SOLUTIONS LLC | UNSECURED | 55,209.77 | * | 0.00 | |
| 0033 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | SOFI LENDING CORP | UNSECURED | 41,717.73 | * | 0.00 | |
| 0037 | TIAA FSB | MORTGAGE ARRE | 778.74 | 100.00% | 778.74 | |
| 0043 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 9,097.97 | * | 0.00 | |
| 0044 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 625.35 | * | 0.00 | |
| 0045 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,880.61 | * | 0.00 | |
| 0046 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | QUANTUM3 GROUP LLC | UNSECURED | 228.18 | * | 0.00 | |
| 0048 | LVNV FUNDING LLC | UNSECURED | 6,238.00 | * | 0.00 | |
| 0049 | JPMORGAN CHASE BANK NA | UNSECURED | 6,492.16 | * | 0.00 | |
| 0050 | JPMORGAN CHASE BANK NA | UNSECURED | 9,169.34 | * | 0.00 | |
| 0051 | JPMORGAN CHASE BANK NA | UNSECURED | 10,239.00 | * | 0.00 | |
| 0052 | LVNV FUNDING LLC | UNSECURED | 5,663.00 | * | 0.00 | |
| 0053 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0054 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0055 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 100.40 | * | 0.00 | |
| 0056 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 99.54 | * | 0.00 | |

**Total Paid:  $5,886.24**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $15,650.00      -      Paid to Claims: $778.74      -      Admin Costs Paid: $5,107.50      =      Funds on Hand: $9,763.76

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.