Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 21−15411−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher FIscher | Magdalena Fischer |
| 225 Mount Hope Ave | fka Magdalena Krajina |
| Dover, NJ 07801−2703 | 225 Mount Hope Ave |
| | Dover, NJ 07801−2703 |

Social Security No.:
  xxx−xx−3376                                     xxx−xx−7926

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 17, 2022.

Dated: February 17, 2022
JAN: slm

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Christopher FIscher  
Magdalena Fischer  
    Debtors

Case No. 21-15411-RG  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 17, 2022 | Form ID: plncf13 | Total Noticed: 67 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Christopher FIscher, Magdalena Fischer, 225 Mount Hope Ave, Dover, NJ 07801-2703 |
| cr | + | TIAA, FSB, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519252714 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 519252713 | | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519261794 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519252726 | | Citizens Bank, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519252728 | + | DCM Services, 7601 Penn Ave S Ste A600, Minneapolis, MN 55423-5004 |
| 519252732 | | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 519252733 | | First National Bank, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 519260863 | + | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197-0002 |
| 519252734 | + | Fnb Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 519298892 | + | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 519252742 | | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519252743 | | Sofi Lending Corp, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 519252744 | | State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, PO Box 245, Trenton, NJ 08695-0245 |
| 519252746 | | TIAA Bank, ATTN: Mortgage Resolution, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 519299220 | + | TIAA, FSB, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 17 2022 20:34:39 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519252709 | | Email/PDF: bncnotices@becket-lee.com | Feb 17 2022 20:34:41 | American Expres, PO Box 1270, Newark, NJ 07101-1270 |
| 519252710 | | Email/PDF: bncnotices@becket-lee.com | Feb 17 2022 20:34:53 | American Express National Bank, PO Box 30384, Salt Lake City, UT 84130-0384 |
| 519262262 | | Email/PDF: bncnotices@becket-lee.com | Feb 17 2022 20:34:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519252711 | | Email/PDF: bncnotices@becket-lee.com | Feb 17 2022 20:35:03 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519252712 | | Email/PDF: bncnotices@becket-lee.com | Feb 17 2022 20:34:52 | Amex, PO Box 981537, El Paso, TX 79998-1537 |

Case 21-15411-RG    Doc 40    Filed 02/19/22    Entered 02/20/22 00:15:24    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 17, 2022 | Form ID: plncf13 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| 519252716 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2022 20:34:47 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519261632 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 17 2022 20:30:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519279120 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 17 2022 20:29:00 | Citizens Bank, N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 519261584 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 17 2022 20:34:54 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519252717 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 17 2022 20:34:39 | Capital One NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519252718 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 17 2022 20:34:51 | Capital One, N.A., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519252720 | | Email/Text: enotifications@santanderconsumerusa.com | Feb 17 2022 20:30:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 519252721 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2022 20:34:47 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519252722 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2022 20:34:57 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519252723 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2022 20:34:57 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519252724 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2022 20:34:47 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519252725 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2022 20:35:07 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519252727 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 17 2022 20:30:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519252729 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2022 20:35:06 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519252739 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2022 20:45:52 | Macys/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 519267647 | | Email/Text: bnc-quantum@quantum3group.com | Feb 17 2022 20:30:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519252730 | | Email/Text: mrdiscen@discover.com | Feb 17 2022 20:29:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519252731 | | Email/Text: mrdiscen@discover.com | Feb 17 2022 20:29:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519252735 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 17 2022 20:29:00 | HSBC, Attn: Bankruptcy, PO Box 5263, Carol Stream, IL 60197-5263 |
| 519252736 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 17 2022 20:30:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519252737 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 17 2022 20:30:00 | Jefferson Capital Syst, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 519291230 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 17 2022 20:30:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 519252719 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 17 2022 20:35:01 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519252738 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 17, 2022 | Form ID: plncf13 | Total Noticed: 67 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 17 2022 20:34:50 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519286946 | + | Email/Text: RASEBN@raslg.com | Feb 17 2022 20:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519260808 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2022 20:34:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519258303 | | Email/PDF: pa_dc_claims@navient.com | Feb 17 2022 20:35:02 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 519252740 | | Email/PDF: pa_dc_claims@navient.com | Feb 17 2022 20:34:53 | Navient Solutions, LLC, Attn: Claims Dept, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 519252741 | | Email/Text: electronicbkydocs@nelnet.net | Feb 17 2022 20:30:00 | Nelnet, PO Box 2970, Omaha, NE 68103-2970 |
| 519252715 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 17 2022 20:29:00 | BBVA USA, 2009 Beltine Rd, Decatur, AL 35603 |
| 519288702 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 17 2022 20:29:00 | BBVA USA, PO Box 10566, Birmingham, AL 35296 |
| 519453888 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 17 2022 20:29:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 519453889 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 17 2022 20:29:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101, PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 519291239 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2022 20:34:44 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519294737 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2022 20:35:04 | Portfolio Recovery Associates, LLC, c/o SUNOCO, POB 41067, Norfolk, VA 23541 |
| 519291242 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2022 20:35:05 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519256064 | | Email/Text: bnc-quantum@quantum3group.com | Feb 17 2022 20:30:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519252742 | | Email/Text: ngisupport@radiusgs.com | Feb 17 2022 20:30:00 | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519284244 | | Email/Text: lhunsaker@sofi.org | Feb 17 2022 20:29:00 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121 |
| 519253581 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 17 2022 20:35:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519252745 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2022 20:35:06 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519252747 | | Email/Text: BAN5620@UCBINC.COM | Feb 17 2022 20:30:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 519294578 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 17 2022 20:34:43 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519262263 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519261754 | *+ | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519279123 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 17, 2022 | Form ID: plncf13 | Total Noticed: 67 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2022           Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Bank of America N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott J. Goldstein | on behalf of Joint Debtor Magdalena Fischer sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| Scott J. Goldstein | on behalf of Debtor Christopher FIscher sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| Shauna M Deluca | on behalf of Creditor TIAA FSB sdeluca@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6