**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:
CHRISTOPHER FISCHER and
MAGDALENA FISCHER

Case No.: 2-21-BK-15411

Chapter: 13

Judge: ROSEMARY GAMBARDELLA

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: SOFI LENDING CORP , Creditor
(Example: John Smith, creditor)

Old address:
STE 300
2750 E COTTONWOOD PKWY
SALT LAKE CITY UT 84121-7285

New address:
SOFI LENDING CORP C/O Resurgent Cap
PO Box 10587
Greenville SC 29603-0587

New phone no.: (877) 264-5884
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 6/7/2022

/s/ Darla Gein
Signature

*rev.2/1/16*