UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
MARTONE & UHLMANN,
A PROFESSIONAL CORPORATION
777 PASSAIC AVE STE 535
CLIFTON, NJ 07012
(973) 473-3000
bky@martonelaw.com
Attorneys for Secured Creditor/Servicing Agent
PNC BANK, NATIONAL ASSOCIATION
36.8860

In re:

Christopher Fischer and Magdalena Fischer FKA Magdalena Krajina

Order Filed on December 20, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 21-15411-RG

Judge: Hon. Rosemary Gambardella

Chapter: 13

### CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY AS TO REAL PROPERTY KNOWN AS 225 MOUNT HOPE AVE, DOVER, NJ 07801
(REAL PROPERTY)

The relief set forth on the following page is hereby ORDERED.

**DATED: December 20, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)
Debtor: Christopher Fischer and Magdalena Fischer FKA Magdalena Krajina
Case Number: 21-15411-RG
**Caption of Order:** CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY AS TO REAL PROPERTY KNOWN AS 225 MOUNT HOPE AVE, DOVER, NJ 07801

This matter being opened to the Court by MARTONE & UHLMANN P.C., attorneys for the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION upon the filing of Motion for an Order Vacating Stay with regards to the property located at 225 MOUNT HOPE AVE, DOVER, NJ 07801, in a Chapter 13 case for failure of the Debtor to make payments outside of the plan for a period of at least 45 consecutive days last past and due notice of said Motion and the supporting Certification having been given by mail to the Chapter 13 Standing Trustee, the Debtor and the attorney for the Debtor, and for good cause shown, it is

1. ORDERED that the Debtor shall cure arrears due to the Secured Creditor/Servicing Agent in the amount of $7,282.84.

    a. Said total consists of post-petition payments for the months of September 1, 2022 through October 1, 2022 in the amount of $2,514.13 each and November 1, 2022 in the amount of $2,460.18, minus a suspense balance of $743.60, for a total arrearage due in the amount of $6,744.84.

    b. Attorney fees and costs in the amount of 538.00 for filing the Motion for Relief with the Courts.

    c. Payment shall be made payable to PNC BANK, NATIONAL ASSOCIATION and sent to them at the address below:

    PNC BANK, NATIONAL ASSOCIATION
    3232 NEWMARK DRIVE
    MIAMISBURG, OH 45342

    as follows: (a) Payment in the amount of $538.00 must be received by PNC BANK, NATIONAL ASSOCIATION, no later than Monday, November 30, 2022; which shall be made payable to PNC BANK, NATIONAL ASSOCIATION.

2. ORDERED that commencing December 1, 2022, the Debtor shall remit the following Stipulation payments in the amount of $2,248.28 for the months of December 1, 2022, January 1, 2023 and February 1, 2023.

    a. Payment shall be made payable to PNC BANK, NATIONAL ASSOCIATION, and sent directly to Secured Creditor at the address listed above.

(Page 3)
Debtor: Christopher Fischer and Magdalena Fischer FKA Magdalena Krajina
Case Number: 21-15411-RG
**Caption of Order:** CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY AS TO REAL PROPERTY KNOWN AS 225 MOUNT HOPE AVE, DOVER, NJ 07801

3. ORDERED that if the Debtor should default and fail to make any of the aforesaid payments on the due date or any future payments outside of the plan to the secured creditor, for more than **fifteen (15)** days from the due date, then this Court will enter an Order Vacating the Automatic Stay of the Bankruptcy Code with respect to the Secured Creditor's lien, upon Certification by the Secured Creditor's attorney as to the non-receipt of said payment. Said Order will not require the consent of the Debtor regarding form or substance, but a copy of the Order will be transmitted to the Debtor via ordinary mail and to the Debtor's attorney via e-mail at the time of the transmittal of said Order to the Court for signature; and it is further

4. ORDERED that the 14-day stay under Rule 4001(a)(3) is hereby waived by Debtor.

5. ORDERED that the movant shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.

*The undersigned hereby consent to the form and entry of the within Order:*

**Law Office of Scott J. Goldstein, LLC**
Attorneys for Debtor

By: /s/ Scott J. Goldstein
Scott J. Goldstein, Esq.
Dated: 12/16/2022

**Martone & Uhlmann, P.C.**
Attorneys for Secured Creditor

By: /s/ Dennis P. Uhlmann, Jr.
Dennis P. Uhlmann, Jr. Esq.
Dated: 12/19/2022