SCOTT J. GOLDSTEIN  
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC  
280 WEST MAIN STREET  
DENVILLE, NJ  07834

| | |
|---|---|
| Re:   CHRISTOPHER FISCHER<br>MAGDALENA FISCHER<br>225 MOUNT HOPE AVE<br>DOVER,  NJ  07801-2703 | Atty:   SCOTT J. GOLDSTEIN<br>LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC<br>280 WEST MAIN STREET<br>DENVILLE, NJ  07834 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
### Chapter 13 Case # 21-15411

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $55,300.00**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/21/2021 | $2,500.00 | 7824327000 | 08/03/2021 | $2,500.00 | 7854700000 |
| 09/02/2021 | $2,500.00 | 7921048000 | 10/07/2021 | $2,500.00 | 8001640000 |
| 11/02/2021 | $2,500.00 | 8058058000 | 12/08/2021 | $2,500.00 | 8133539000 |
| 01/10/2022 | $650.00 | 8200453000 | 02/08/2022 | $650.00 | 8263849000 |
| 03/07/2022 | $750.00 | 8321903000 | 04/05/2022 | $750.00 | 8385886000 |
| 05/16/2022 | $750.00 | 8466901000 | 06/03/2022 | $750.00 | 8507973000 |
| 07/18/2022 | $750.00 | 8592282000 | 08/01/2022 | $750.00 | 8620510000 |
| 09/16/2022 | $750.00 | 8710796000 | 10/03/2022 | $750.00 | 8742218000 |
| 11/03/2022 | $750.00 | 8804656000 | 12/05/2022 | $750.00 | 8863546000 |
| 12/27/2022 | $750.00 | 8899124000 | | | |

**Total Receipts: $24,550.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $24,550.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 03/14/2022 | $280.88 | 887,496 | 03/14/2022 | $151.67 | 887,496 |
| | 04/18/2022 | $19.57 | 889,191 | 04/18/2022 | $10.58 | 889,191 |
| | 05/16/2022 | $19.58 | 890,904 | 05/16/2022 | $10.58 | 890,904 |
| | 06/20/2022 | $19.58 | 892,588 | 06/20/2022 | $10.57 | 892,588 |
| | 07/18/2022 | $19.58 | 894,320 | 07/18/2022 | $10.58 | 894,320 |
| | 09/19/2022 | $39.17 | 897,486 | 09/19/2022 | $21.15 | 897,486 |
| | 10/17/2022 | $19.58 | 899,159 | 10/17/2022 | $10.57 | 899,159 |
| | 11/14/2022 | $19.16 | 900,736 | 11/14/2022 | $10.36 | 900,736 |
| | 12/12/2022 | $19.19 | 902,291 | 12/12/2022 | $10.35 | 902,291 |
| | 01/09/2023 | $19.17 | 903,778 | 01/09/2023 | $10.35 | 903,778 |

**Chapter 13 Case # 21-15411**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | | |
| | 03/14/2022 | $136.29 | 887,520 | | 04/18/2022 | $9.50 | 889,221 |
| | 05/16/2022 | $9.48 | 890,932 | | 06/20/2022 | $9.50 | 892,618 |
| | 07/18/2022 | $9.51 | 894,348 | | 09/19/2022 | $19.00 | 897,514 |
| | 10/17/2022 | $9.50 | 899,189 | | 11/14/2022 | $9.31 | 900,765 |
| | 12/12/2022 | $9.31 | 902,317 | | 01/09/2023 | $9.30 | 903,807 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 03/14/2022 | $422.92 | 887,574 | | 04/18/2022 | $29.48 | 889,284 |
| | 05/16/2022 | $29.49 | 890,986 | | 06/20/2022 | $29.48 | 892,674 |
| | 07/18/2022 | $29.49 | 894,396 | | 09/19/2022 | $58.98 | 897,567 |
| | 10/17/2022 | $29.48 | 899,234 | | 11/14/2022 | $28.84 | 900,810 |
| | 12/12/2022 | $28.90 | 902,366 | | 01/09/2023 | $28.87 | 903,848 |
| CITIZENS BANK NA | | | | | | | |
| | 03/14/2022 | $1,716.07 | 887,249 | | 04/18/2022 | $119.63 | 888,914 |
| | 05/16/2022 | $119.64 | 890,656 | | 06/20/2022 | $119.63 | 892,322 |
| | 07/18/2022 | $119.64 | 894,071 | | 09/19/2022 | $239.30 | 897,217 |
| | 10/17/2022 | $119.62 | 898,900 | | 11/14/2022 | $117.04 | 900,464 |
| | 12/12/2022 | $117.29 | 902,035 | | 01/09/2023 | $117.15 | 903,528 |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 03/14/2022 | $171.20 | 887,664 | | 04/18/2022 | $11.93 | 889,378 |
| | 05/16/2022 | $11.94 | 891,071 | | 06/20/2022 | $11.93 | 892,767 |
| | 07/18/2022 | $11.93 | 894,478 | | 09/19/2022 | $23.88 | 897,662 |
| | 10/17/2022 | $11.93 | 899,320 | | 11/14/2022 | $11.70 | 900,900 |
| | 12/12/2022 | $11.68 | 902,445 | | 01/09/2023 | $11.69 | 903,934 |
| FIRST NATIONAL BANK OF OMAHA | | | | | | | |
| | 03/14/2022 | $76.71 | 887,364 | | 04/18/2022 | $5.37 | 889,037 |
| | 05/16/2022 | $5.34 | 890,767 | | 06/20/2022 | $5.35 | 892,427 |
| | 07/18/2022 | $5.35 | 894,172 | | 09/19/2022 | $10.69 | 897,322 |
| | 10/17/2022 | $5.36 | 898,990 | | 11/14/2022 | $5.23 | 900,561 |
| | 12/12/2022 | $5.24 | 902,128 | | 01/09/2023 | $5.24 | 903,618 |
| HSBC BANK USA, N.A. | | | | | | | |
| | 03/14/2022 | $195.88 | 887,787 | | 04/18/2022 | $13.67 | 889,519 |
| | 05/16/2022 | $13.66 | 891,203 | | 06/20/2022 | $13.66 | 892,907 |
| | 07/18/2022 | $13.65 | 894,597 | | 09/19/2022 | $27.29 | 897,791 |
| | 10/17/2022 | $13.68 | 899,440 | | 11/14/2022 | $13.36 | 901,019 |
| | 12/12/2022 | $13.38 | 902,564 | | 01/09/2023 | $13.37 | 904,058 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 03/14/2022 | $383.27 | 8,002,740 | | 03/14/2022 | $26.36 | 8,002,740 |
| | 03/14/2022 | $79.21 | 8,002,740 | | 04/18/2022 | $26.72 | 8,002,791 |
| | 04/18/2022 | $5.54 | 8,002,791 | | 05/16/2022 | $26.72 | 8,002,838 |
| | 05/16/2022 | $5.51 | 8,002,838 | | 06/20/2022 | $26.72 | 8,002,891 |
| | 06/20/2022 | $5.50 | 8,002,891 | | 06/20/2022 | $5.52 | 8,002,891 |
| | 07/18/2022 | $26.71 | 8,002,949 | | 07/18/2022 | $5.54 | 8,002,949 |
| | 09/19/2022 | $53.45 | 8,003,047 | | 09/19/2022 | $5.50 | 8,003,047 |
| | 09/19/2022 | $11.04 | 8,003,047 | | 10/17/2022 | $26.72 | 8,003,102 |
| | 10/17/2022 | $5.52 | 8,003,102 | | 11/14/2022 | $26.14 | 8,003,147 |
| | 11/14/2022 | $5.42 | 8,003,147 | | 12/12/2022 | $26.19 | 8,003,203 |
| | 12/12/2022 | $5.43 | 8,003,203 | | 12/12/2022 | $5.40 | 8,003,203 |
| | 01/09/2023 | $26.16 | 8,003,256 | | 01/09/2023 | $5.41 | 8,003,256 |

**Chapter 13 Case # 21-15411**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 03/14/2022 | $201.94 | 887,294 | | 03/14/2022 | $273.50 | 887,294 |
| | 03/14/2022 | $386.28 | 887,294 | | 03/14/2022 | $431.34 | 887,294 |
| | 04/18/2022 | $14.09 | 888,960 | | 04/18/2022 | $19.06 | 888,960 |
| | 04/18/2022 | $26.93 | 888,960 | | 04/18/2022 | $30.06 | 888,960 |
| | 05/16/2022 | $14.08 | 890,695 | | 05/16/2022 | $19.07 | 890,695 |
| | 05/16/2022 | $26.92 | 890,695 | | 05/16/2022 | $30.08 | 890,695 |
| | 06/20/2022 | $14.08 | 892,366 | | 06/20/2022 | $19.07 | 892,366 |
| | 06/20/2022 | $26.93 | 892,366 | | 06/20/2022 | $30.07 | 892,366 |
| | 07/18/2022 | $19.06 | 894,111 | | 07/18/2022 | $26.93 | 894,111 |
| | 07/18/2022 | $30.07 | 894,111 | | 07/18/2022 | $14.08 | 894,111 |
| | 09/19/2022 | $28.13 | 897,261 | | 09/19/2022 | $38.14 | 897,261 |
| | 09/19/2022 | $53.86 | 897,261 | | 09/19/2022 | $60.15 | 897,261 |
| | 10/17/2022 | $14.11 | 898,937 | | 10/17/2022 | $19.06 | 898,937 |
| | 10/17/2022 | $26.93 | 898,937 | | 10/17/2022 | $30.07 | 898,937 |
| | 11/14/2022 | $13.77 | 900,501 | | 11/14/2022 | $18.68 | 900,501 |
| | 11/14/2022 | $26.39 | 900,501 | | 11/14/2022 | $29.42 | 900,501 |
| | 12/12/2022 | $13.80 | 902,076 | | 12/12/2022 | $18.67 | 902,076 |
| | 12/12/2022 | $26.35 | 902,076 | | 12/12/2022 | $29.47 | 902,076 |
| | 01/09/2023 | $13.79 | 903,565 | | 01/09/2023 | $18.67 | 903,565 |
| | 01/09/2023 | $26.37 | 903,565 | | 01/09/2023 | $29.45 | 903,565 |
| LVNV FUNDING LLC | | | | | | | |
| | 03/14/2022 | $262.78 | 887,861 | | 03/14/2022 | $238.57 | 887,861 |
| | 03/14/2022 | $474.88 | 887,861 | | 04/18/2022 | $33.11 | 889,598 |
| | 04/18/2022 | $18.32 | 889,598 | | 04/18/2022 | $16.63 | 889,598 |
| | 05/16/2022 | $33.11 | 891,284 | | 05/16/2022 | $16.63 | 891,284 |
| | 05/16/2022 | $18.33 | 891,284 | | 06/20/2022 | $16.63 | 892,985 |
| | 06/20/2022 | $18.32 | 892,985 | | 06/20/2022 | $33.11 | 892,985 |
| | 07/18/2022 | $33.10 | 894,664 | | 07/18/2022 | $16.63 | 894,664 |
| | 07/18/2022 | $18.32 | 894,664 | | 09/19/2022 | $33.26 | 897,863 |
| | 09/19/2022 | $66.22 | 897,863 | | 09/19/2022 | $36.64 | 897,863 |
| | 10/17/2022 | $33.10 | 899,514 | | 10/17/2022 | $16.63 | 899,514 |
| | 10/17/2022 | $18.32 | 899,514 | | 11/14/2022 | $32.45 | 901,082 |
| | 11/14/2022 | $16.30 | 901,082 | | 11/14/2022 | $17.92 | 901,082 |
| | 12/12/2022 | $16.28 | 902,629 | | 12/12/2022 | $17.97 | 902,629 |
| | 12/12/2022 | $32.39 | 902,629 | | 01/09/2023 | $32.42 | 904,128 |
| | 01/09/2023 | $17.94 | 904,128 | | 01/09/2023 | $16.29 | 904,128 |
| NAVIENT SOLUTIONS LLC | | | | | | | |
| | 03/14/2022 | $2,325.79 | 887,111 | | 04/18/2022 | $162.15 | 888,766 |
| | 05/16/2022 | $162.16 | 890,525 | | 06/20/2022 | $162.14 | 892,181 |
| | 07/18/2022 | $162.14 | 893,941 | | 09/19/2022 | $324.32 | 897,080 |
| | 10/17/2022 | $162.12 | 898,771 | | 11/14/2022 | $158.90 | 900,343 |
| | 12/12/2022 | $158.69 | 901,927 | | 01/09/2023 | $158.78 | 903,420 |
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 03/14/2022 | $47.90 | 888,047 | | 05/16/2022 | $6.67 | 891,461 |
| | 07/18/2022 | $6.68 | 894,835 | | 09/19/2022 | $6.68 | 898,050 |
| | 11/14/2022 | $6.62 | 901,254 | | 01/09/2023 | $6.54 | 904,303 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 03/14/2022 | $81.01 | 8,002,741 | | 03/14/2022 | $87.42 | 8,002,741 |
| | 03/14/2022 | $96.90 | 8,002,741 | | 04/18/2022 | $5.65 | 8,002,785 |
| | 04/18/2022 | $6.09 | 8,002,785 | | 04/18/2022 | $6.77 | 8,002,785 |
| | 05/16/2022 | $5.66 | 8,002,843 | | 05/16/2022 | $6.09 | 8,002,843 |
| | 05/16/2022 | $6.76 | 8,002,843 | | 06/20/2022 | $5.65 | 8,002,892 |
| | 06/20/2022 | $6.09 | 8,002,892 | | 06/20/2022 | $6.76 | 8,002,892 |
| | 07/18/2022 | $5.64 | 8,002,950 | | 07/18/2022 | $6.10 | 8,002,950 |
| | 07/18/2022 | $6.76 | 8,002,950 | | 09/19/2022 | $11.30 | 8,003,048 |
| | 09/19/2022 | $12.19 | 8,003,048 | | 09/19/2022 | $13.50 | 8,003,048 |
| | 10/17/2022 | $5.65 | 8,003,103 | | 10/17/2022 | $6.09 | 8,003,103 |
| | 10/17/2022 | $6.77 | 8,003,103 | | 11/14/2022 | $5.53 | 8,003,148 |
| | 11/14/2022 | $5.97 | 8,003,148 | | 11/14/2022 | $6.61 | 8,003,148 |
| | 12/12/2022 | $5.52 | 8,003,201 | | 12/12/2022 | $5.97 | 8,003,201 |
| | 12/12/2022 | $6.62 | 8,003,201 | | 01/09/2023 | $5.54 | 8,003,257 |
| | 01/09/2023 | $5.97 | 8,003,257 | | 01/09/2023 | $6.62 | 8,003,257 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 03/14/2022 | $57.03 | 887,405 | | 03/14/2022 | $9.61 | 887,405 |
| | 05/16/2022 | $7.95 | 890,810 | | 07/18/2022 | $7.96 | 894,214 |
| | 09/19/2022 | $7.94 | 897,371 | | 11/14/2022 | $5.35 | 900,609 |
| | 11/14/2022 | $7.88 | 900,609 | | 01/09/2023 | $7.78 | 903,663 |
| SOFI LENDING CORP | | | | | | | |
| | 03/14/2022 | $1,757.42 | 887,139 | | 04/18/2022 | $122.53 | 888,793 |
| | 05/16/2022 | $122.53 | 890,551 | | 06/20/2022 | $122.52 | 893,298 |
| | 07/18/2022 | $122.51 | 894,948 | | 09/02/2022 | ($122.53) | 890,551 |
| | 09/19/2022 | $367.59 | 898,159 | | 10/17/2022 | $122.50 | 899,804 |
| | 11/14/2022 | $120.07 | 901,365 | | 12/12/2022 | $119.91 | 902,914 |
| | 01/09/2023 | $119.98 | 904,409 | | | | |
| TIAA FSB | | | | | | | |
| | 11/17/2021 | $778.74 | 880,738 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 06/20/2022 | $5.11 | 892,345 | | 06/20/2022 | $5.07 | 892,345 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,238.75 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,250.00 | 100.00% | 4,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRES | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 6,667.20 | * | 475.46 | |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 3,600.56 | * | 256.76 | |
| 0004 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 1,137.00 | * | 81.09 | |
| 0007 | BANK OF AMERICA | UNSECURED | 3,235.00 | * | 230.70 | |
| 0010 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 10,039.26 | * | 715.93 | |
| 0011 | JPMORGAN CHASE BANK NA | UNSECURED | 4,793.84 | * | 341.87 | |
| 0013 | LVNV FUNDING LLC | UNSECURED | 11,272.74 | * | 803.89 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,923.17 | * | 137.15 | |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,075.01 | * | 147.98 | |
| 0016 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,300.66 | * | 164.07 | |
| 0018 | CITIZENS BANK NA | UNSECURED | 40,735.83 | * | 2,905.01 | |
| 0019 | QUANTUM3 GROUP LLC | UNSECURED | 1,353.78 | * | 96.54 | |
| 0021 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 4,063.87 | * | 289.81 | |
| 0023 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 1,821.25 | * | 129.88 | |
| 0025 | FIRST NATIONAL BANK | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 21-15411**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0027 | HSBC BANK USA, N.A. | UNSECURED | 4,650.00 | * | 331.60 | |
| 0032 | NAVIENT SOLUTIONS LLC | UNSECURED | 55,209.77 | * | 3,937.19 | |
| 0033 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | SOFI LENDING CORP | UNSECURED | 41,717.73 | * | 2,975.03 | |
| 0037 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 778.74 | 100.00% | 778.74 | |
| 0043 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 9,097.97 | * | 648.80 | |
| 0044 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 625.35 | * | 42.79 | |
| 0045 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,880.61 | * | 134.11 | |
| 0046 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | QUANTUM3 GROUP LLC | UNSECURED | 228.18 | * | 14.96 | |
| 0048 | LVNV FUNDING LLC | UNSECURED | 6,238.00 | * | 444.86 | |
| 0049 | JPMORGAN CHASE BANK NA | UNSECURED | 6,492.16 | * | 462.98 | |
| 0050 | JPMORGAN CHASE BANK NA | UNSECURED | 9,169.34 | * | 653.89 | |
| 0051 | JPMORGAN CHASE BANK NA | UNSECURED | 10,239.00 | * | 730.18 | |
| 0052 | LVNV FUNDING LLC | UNSECURED | 5,663.00 | * | 403.85 | |
| 0053 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0054 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0055 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 100.40 | * | 5.11 | |
| 0056 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 99.54 | * | 5.07 | |

**Total Paid:  $23,834.05**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $24,550.00    -    Paid to Claims: $18,345.30    -    Admin Costs Paid: $5,488.75    =    Funds on Hand: $715.95

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.