SCOTT J. GOLDSTEIN
LAW OFFICES OF WENARSKY AND
GOLDSTEIN, LLC
410 STATE ROUTE 10 WEST, SUITE 214
LEDGEWOOD, NJ  07852

Re:  CHRISTOPHER FISCHER  
     MAGDALENA FISCHER  
     225 MOUNT HOPE AVE  
     DOVER,  NJ  07801-2703

Atty:  SCOTT J. GOLDSTEIN  
      LAW OFFICES OF WENARSKY AND  
      GOLDSTEIN, LLC  
      410 STATE ROUTE 10 WEST, SUITE 214  
      LEDGEWOOD, NJ  07852

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 21-15411

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $61,621.00**

## RECEIPTS AS OF 01/01/2025    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/21/2021 | $2,500.00 | 7824327000 | 08/03/2021 | $2,500.00 | 7854700000 |
| 09/02/2021 | $2,500.00 | 7921048000 | 10/07/2021 | $2,500.00 | 8001640000 |
| 11/02/2021 | $2,500.00 | 8058058000 | 12/08/2021 | $2,500.00 | 8133539000 |
| 01/10/2022 | $650.00 | 8200453000 | 02/08/2022 | $650.00 | 8263849000 |
| 03/07/2022 | $750.00 | 8321903000 | 04/05/2022 | $750.00 | 8385886000 |
| 05/16/2022 | $750.00 | 8466901000 | 06/03/2022 | $750.00 | 8507973000 |
| 07/18/2022 | $750.00 | 8592282000 | 08/01/2022 | $750.00 | 8620510000 |
| 09/16/2022 | $750.00 | 8710796000 | 10/03/2022 | $750.00 | 8742218000 |
| 11/03/2022 | $750.00 | 8804656000 | 12/05/2022 | $750.00 | 8863546000 |
| 12/27/2022 | $750.00 | 8899124000 | 02/01/2023 | $750.00 | 8971649000 |
| 03/02/2023 | $750.00 | 9029825000 | 04/03/2023 | $750.00 | 9086522000 |
| 05/01/2023 | $4,688.00 | 9133407000 | 05/02/2023 | $750.00 | 9143992000 |
| 06/02/2023 | $750.00 | 9200029000 | 06/28/2023 | $750.00 | 9243591000 |
| 08/03/2023 | $750.00 | 9309774000 | 09/01/2023 | $750.00 | 9356607000 |
| 10/02/2023 | $750.00 | 9406156000 | 11/01/2023 | $750.00 | 9459207000 |
| 12/01/2023 | $750.00 | 9509283000 | 12/26/2023 | $750.00 | 9547081000 |
| 02/01/2024 | $750.00 | 9611180000 | 03/18/2024 | $750.00 | 9686859000 |
| 04/09/2024 | $1,633.00 | 9726279000 | 04/15/2024 | $750.00 | 9733770000 |
| 05/31/2024 | $750.00 | 9808538000 | 06/20/2024 | $750.00 | 9840611000 |
| 07/22/2024 | $750.00 | 9890291000 | 08/16/2024 | $750.00 | 9932671000 |
| 09/30/2024 | $750.00 | 9999088000 | 10/22/2024 | $750.00 | 1003740000 |
| 11/25/2024 | $750.00 | 1008609500 | 12/05/2024 | $750.00 | 1010563000 |

**Total Receipts: $48,121.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $48,121.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025    (Please Read Across)

**Chapter 13 Case # 21-15411**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 03/14/2022 | $280.88 | 887,496 | 03/14/2022 | $151.67 | 887,496 |
| | 04/18/2022 | $19.57 | 889,191 | 04/18/2022 | $10.58 | 889,191 |
| | 05/16/2022 | $19.58 | 890,904 | 05/16/2022 | $10.58 | 890,904 |
| | 06/20/2022 | $19.58 | 892,588 | 06/20/2022 | $10.57 | 892,588 |
| | 07/18/2022 | $19.58 | 894,320 | 07/18/2022 | $10.58 | 894,320 |
| | 09/19/2022 | $39.17 | 897,486 | 09/19/2022 | $21.15 | 897,486 |
| | 10/17/2022 | $19.58 | 899,159 | 10/17/2022 | $10.57 | 899,159 |
| | 11/14/2022 | $19.16 | 900,736 | 11/14/2022 | $10.36 | 900,736 |
| | 12/12/2022 | $19.19 | 902,291 | 12/12/2022 | $10.35 | 902,291 |
| | 01/09/2023 | $19.17 | 903,778 | 01/09/2023 | $10.35 | 903,778 |
| | 02/13/2023 | $19.17 | 905,299 | 02/13/2023 | $10.36 | 905,299 |
| | 03/13/2023 | $19.17 | 906,913 | 03/13/2023 | $10.35 | 906,913 |
| | 04/17/2023 | $19.21 | 908,498 | 04/17/2023 | $10.38 | 908,498 |
| | 05/15/2023 | $19.12 | 910,130 | 05/15/2023 | $10.33 | 910,130 |
| | 06/12/2023 | $137.61 | 911,592 | 06/12/2023 | $74.31 | 911,592 |
| | 07/17/2023 | $18.96 | 913,105 | 07/17/2023 | $10.23 | 913,105 |
| | 08/14/2023 | $18.97 | 914,621 | 08/14/2023 | $10.26 | 914,621 |
| | 09/18/2023 | $18.97 | 916,122 | 09/18/2023 | $10.24 | 916,122 |
| | 10/16/2023 | $18.97 | 917,615 | 10/16/2023 | $10.25 | 917,615 |
| | 11/13/2023 | $18.67 | 919,045 | 11/13/2023 | $10.08 | 919,045 |
| | 12/11/2023 | $18.67 | 920,467 | 12/11/2023 | $10.08 | 920,467 |
| | 01/08/2024 | $18.67 | 921,854 | 01/08/2024 | $10.08 | 921,854 |
| | 02/12/2024 | $18.67 | 923,203 | 02/12/2024 | $10.08 | 923,203 |
| | 03/11/2024 | $18.66 | 924,659 | 03/11/2024 | $10.08 | 924,659 |
| | 05/10/2024 | $59.32 | 927,567 | 05/10/2024 | $32.04 | 927,567 |
| | 06/17/2024 | $18.67 | 928,966 | 06/17/2024 | $10.08 | 928,966 |
| | 07/15/2024 | $18.67 | 930,456 | 07/15/2024 | $10.08 | 930,456 |
| | 08/19/2024 | $18.67 | 931,864 | 08/19/2024 | $10.07 | 931,864 |
| | 09/16/2024 | $38.55 | 933,329 | 09/16/2024 | $20.82 | 933,329 |
| | 11/18/2024 | $19.27 | 936,208 | 11/18/2024 | $10.42 | 936,208 |
| | 12/16/2024 | $19.08 | 937,592 | 12/16/2024 | $10.30 | 937,592 |
| BANK OF AMERICA | | | | | | |
| | 03/14/2022 | $136.29 | 887,520 | 04/18/2022 | $9.50 | 889,221 |
| | 05/16/2022 | $9.48 | 890,932 | 06/20/2022 | $9.50 | 892,618 |
| | 07/18/2022 | $9.51 | 894,348 | 09/19/2022 | $19.00 | 897,514 |
| | 10/17/2022 | $9.50 | 899,189 | 11/14/2022 | $9.31 | 900,765 |
| | 12/12/2022 | $9.31 | 902,317 | 01/09/2023 | $9.30 | 903,807 |
| | 02/13/2023 | $9.30 | 905,330 | 03/13/2023 | $9.30 | 906,948 |
| | 04/17/2023 | $9.32 | 908,529 | 05/15/2023 | $9.30 | 910,154 |
| | 06/12/2023 | $66.75 | 911,619 | 07/17/2023 | $9.20 | 913,135 |
| | 08/14/2023 | $9.20 | 914,652 | 09/18/2023 | $9.21 | 916,149 |
| | 10/16/2023 | $9.20 | 917,640 | 11/13/2023 | $9.07 | 919,074 |
| | 12/11/2023 | $9.04 | 920,497 | 01/08/2024 | $9.06 | 921,880 |
| | 02/12/2024 | $9.06 | 923,228 | 03/11/2024 | $9.06 | 924,685 |
| | 05/10/2024 | $28.79 | 927,591 | 06/17/2024 | $9.06 | 928,993 |
| | 07/15/2024 | $9.06 | 930,480 | 08/19/2024 | $9.04 | 931,890 |
| | 09/16/2024 | $18.71 | 933,353 | 11/18/2024 | $9.36 | 936,238 |
| | 12/16/2024 | $9.25 | 937,621 | | | |

**Chapter 13 Case # 21-15411**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 03/14/2022 | $422.92 | 887,574 | | 04/18/2022 | $29.48 | 889,284 |
| | 05/16/2022 | $29.49 | 890,986 | | 06/20/2022 | $29.48 | 892,674 |
| | 07/18/2022 | $29.49 | 894,396 | | 09/19/2022 | $58.98 | 897,567 |
| | 10/17/2022 | $29.48 | 899,234 | | 11/14/2022 | $28.84 | 900,810 |
| | 12/12/2022 | $28.90 | 902,366 | | 01/09/2023 | $28.87 | 903,848 |
| | 02/13/2023 | $28.88 | 905,378 | | 03/13/2023 | $28.87 | 906,991 |
| | 04/17/2023 | $28.86 | 908,577 | | 05/15/2023 | $28.89 | 910,198 |
| | 06/12/2023 | $207.13 | 911,662 | | 07/17/2023 | $28.57 | 913,183 |
| | 08/14/2023 | $28.57 | 914,701 | | 09/18/2023 | $28.57 | 916,197 |
| | 10/16/2023 | $28.57 | 917,679 | | 11/13/2023 | $28.11 | 919,117 |
| | 12/11/2023 | $28.11 | 920,534 | | 01/08/2024 | $28.11 | 921,917 |
| | 02/12/2024 | $28.11 | 923,271 | | 03/11/2024 | $28.11 | 924,721 |
| | 05/10/2024 | $89.31 | 927,631 | | 06/17/2024 | $28.11 | 929,034 |
| | 07/15/2024 | $28.11 | 930,518 | | 08/19/2024 | $28.11 | 931,933 |
| | 09/16/2024 | $58.05 | 933,393 | | 11/18/2024 | $29.02 | 936,275 |
| | 12/16/2024 | $28.73 | 937,662 | | | | |
| CITIZENS BANK NA | | | | | | | |
| | 03/14/2022 | $1,716.07 | 887,249 | | 04/18/2022 | $119.63 | 888,914 |
| | 05/16/2022 | $119.64 | 890,656 | | 06/20/2022 | $119.63 | 892,322 |
| | 07/18/2022 | $119.64 | 894,071 | | 09/19/2022 | $239.30 | 897,217 |
| | 10/17/2022 | $119.62 | 898,900 | | 11/14/2022 | $117.04 | 900,464 |
| | 12/12/2022 | $117.29 | 902,035 | | 01/09/2023 | $117.15 | 903,528 |
| | 02/13/2023 | $117.16 | 905,031 | | 03/02/2023 | ($117.04) | 900,464 |
| | 03/13/2023 | $234.21 | 906,647 | | 04/10/2023 | ($117.29) | 902,035 |
| | 04/17/2023 | $234.56 | 908,211 | | 05/15/2023 | $117.04 | 909,858 |
| | 06/12/2023 | $840.47 | 911,315 | | 07/17/2023 | $115.94 | 912,834 |
| | 08/14/2023 | $115.91 | 914,352 | | 09/18/2023 | $115.93 | 915,848 |
| | 10/16/2023 | $115.91 | 917,349 | | 11/13/2023 | $114.06 | 918,777 |
| | 12/11/2023 | $114.06 | 920,199 | | 01/08/2024 | $114.06 | 921,602 |
| | 02/12/2024 | $114.06 | 922,928 | | 03/11/2024 | $114.06 | 924,394 |
| | 05/10/2024 | $362.40 | 927,302 | | 06/17/2024 | $114.06 | 928,670 |
| | 07/15/2024 | $114.05 | 930,177 | | 08/19/2024 | $114.07 | 931,572 |
| | 09/16/2024 | $235.56 | 933,061 | | 11/18/2024 | $117.78 | 935,911 |
| | 12/16/2024 | $116.54 | 937,292 | | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 03/14/2022 | $171.20 | 887,664 | | 04/18/2022 | $11.93 | 889,378 |
| | 05/16/2022 | $11.94 | 891,071 | | 06/20/2022 | $11.93 | 892,767 |
| | 07/18/2022 | $11.93 | 894,478 | | 09/19/2022 | $23.88 | 897,662 |
| | 10/17/2022 | $11.93 | 899,320 | | 11/14/2022 | $11.70 | 900,900 |
| | 12/12/2022 | $11.68 | 902,445 | | 01/09/2023 | $11.69 | 903,934 |
| | 02/13/2023 | $11.69 | 905,471 | | 03/13/2023 | $11.69 | 907,080 |
| | 04/17/2023 | $11.68 | 908,684 | | 05/15/2023 | $11.69 | 910,284 |
| | 06/12/2023 | $83.85 | 911,757 | | 07/17/2023 | $11.56 | 913,278 |
| | 08/14/2023 | $11.56 | 914,796 | | 09/18/2023 | $11.57 | 916,292 |
| | 10/16/2023 | $11.56 | 917,769 | | 11/13/2023 | $11.38 | 919,216 |
| | 12/11/2023 | $11.38 | 920,632 | | 01/08/2024 | $11.38 | 922,009 |
| | 02/12/2024 | $11.38 | 923,367 | | 03/06/2024 | ($11.38) | 920,632 |
| | 03/06/2024 | $11.38 | 924,266 | | 03/11/2024 | $11.38 | 924,821 |
| | 05/10/2024 | $36.15 | 927,728 | | 06/17/2024 | $11.38 | 929,141 |
| | 07/15/2024 | $11.38 | 930,608 | | 08/19/2024 | $11.39 | 932,033 |
| | 09/16/2024 | $23.50 | 933,482 | | 11/18/2024 | $11.74 | 936,370 |
| | 12/16/2024 | $11.63 | 937,749 | | | | |

**Chapter 13 Case # 21-15411**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| FIRST NATIONAL BANK OF OMAHA | | | | | | |
| | 03/14/2022 | $76.71 | 887,364 | 04/18/2022 | $5.37 | 889,037 |
| | 05/16/2022 | $5.34 | 890,767 | 06/20/2022 | $5.35 | 892,427 |
| | 07/18/2022 | $5.35 | 894,172 | 09/19/2022 | $10.69 | 897,322 |
| | 10/17/2022 | $5.36 | 898,990 | 11/14/2022 | $5.23 | 900,561 |
| | 12/12/2022 | $5.24 | 902,128 | 01/09/2023 | $5.24 | 903,618 |
| | 02/13/2023 | $5.24 | 905,119 | 03/13/2023 | $5.24 | 906,740 |
| | 04/17/2023 | $5.24 | 908,306 | 05/15/2023 | $5.22 | 909,942 |
| | 06/12/2023 | $37.60 | 911,400 | 07/17/2023 | $5.17 | 912,916 |
| | 08/14/2023 | $5.18 | 914,433 | 09/18/2023 | $5.19 | 915,928 |
| | 10/16/2023 | $5.18 | 917,428 | 11/13/2023 | $5.10 | 918,857 |
| | 12/11/2023 | $5.10 | 920,280 | 01/08/2024 | $5.10 | 921,671 |
| | 02/12/2024 | $5.10 | 923,007 | 03/11/2024 | $5.10 | 924,466 |
| | 05/10/2024 | $16.20 | 927,376 | 06/17/2024 | $5.10 | 928,749 |
| | 07/15/2024 | $5.10 | 930,244 | 08/19/2024 | $5.10 | 931,636 |
| | 09/16/2024 | $10.53 | 933,118 | 11/18/2024 | $5.26 | 935,965 |
| | 12/16/2024 | $5.22 | 937,345 | | | |
| HSBC BANK USA, N.A. | | | | | | |
| | 03/14/2022 | $195.88 | 887,787 | 04/18/2022 | $13.67 | 889,519 |
| | 05/16/2022 | $13.66 | 891,203 | 06/20/2022 | $13.66 | 892,907 |
| | 07/18/2022 | $13.65 | 894,597 | 09/19/2022 | $27.29 | 897,791 |
| | 10/17/2022 | $13.68 | 899,440 | 11/14/2022 | $13.36 | 901,019 |
| | 12/12/2022 | $13.38 | 902,564 | 01/09/2023 | $13.37 | 904,058 |
| | 02/13/2023 | $13.38 | 905,602 | 03/13/2023 | $13.37 | 907,209 |
| | 04/17/2023 | $13.40 | 908,814 | 05/15/2023 | $13.34 | 910,406 |
| | 06/12/2023 | $95.94 | 911,884 | 07/17/2023 | $13.25 | 913,404 |
| | 08/14/2023 | $13.23 | 914,925 | 09/18/2023 | $13.23 | 916,420 |
| | 10/16/2023 | $13.23 | 917,892 | 11/13/2023 | $13.03 | 919,341 |
| | 12/11/2023 | $13.02 | 920,738 | 01/08/2024 | $13.02 | 922,127 |
| | 02/12/2024 | $13.02 | 923,492 | 03/11/2024 | $13.02 | 924,938 |
| | 05/10/2024 | $41.37 | 927,834 | 06/17/2024 | $13.02 | 929,274 |
| | 07/15/2024 | $13.02 | 930,731 | 08/19/2024 | $13.01 | 932,165 |
| | 09/16/2024 | $26.89 | 933,601 | 11/18/2024 | $13.45 | 936,488 |
| | 12/16/2024 | $13.30 | 937,872 | | | |

**Chapter 13 Case # 21-15411**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | |
| | 03/14/2022 | $383.27 | 8,002,740 | 03/14/2022 | $26.36 | 8,002,740 |
| | 03/14/2022 | $79.21 | 8,002,740 | 04/18/2022 | $26.72 | 8,002,791 |
| | 04/18/2022 | $5.54 | 8,002,791 | 05/16/2022 | $26.72 | 8,002,838 |
| | 05/16/2022 | $5.51 | 8,002,838 | 06/20/2022 | $26.72 | 8,002,891 |
| | 06/20/2022 | $5.50 | 8,002,891 | 06/20/2022 | $5.52 | 8,002,891 |
| | 07/18/2022 | $26.71 | 8,002,949 | 07/18/2022 | $5.54 | 8,002,949 |
| | 09/19/2022 | $53.45 | 8,003,047 | 09/19/2022 | $5.50 | 8,003,047 |
| | 09/19/2022 | $11.04 | 8,003,047 | 10/17/2022 | $26.72 | 8,003,102 |
| | 10/17/2022 | $5.52 | 8,003,102 | 11/14/2022 | $26.14 | 8,003,147 |
| | 11/14/2022 | $5.42 | 8,003,147 | 12/12/2022 | $26.19 | 8,003,203 |
| | 12/12/2022 | $5.43 | 8,003,203 | 12/12/2022 | $5.40 | 8,003,203 |
| | 01/09/2023 | $26.16 | 8,003,256 | 01/09/2023 | $5.41 | 8,003,256 |
| | 02/13/2023 | $26.18 | 8,003,310 | 02/13/2023 | $5.42 | 8,003,310 |
| | 03/13/2023 | $26.16 | 8,003,366 | 03/13/2023 | $5.40 | 8,003,366 |
| | 03/13/2023 | $5.41 | 8,003,366 | 04/17/2023 | $26.15 | 8,003,420 |
| | 04/17/2023 | $5.41 | 8,003,420 | 05/15/2023 | $26.18 | 8,003,477 |
| | 05/15/2023 | $5.39 | 8,003,477 | 06/12/2023 | $187.71 | 8,003,528 |
| | 06/12/2023 | $16.50 | 8,003,528 | 06/12/2023 | $38.81 | 8,003,528 |
| | 07/17/2023 | $25.90 | 8,003,583 | 07/17/2023 | $5.35 | 8,003,583 |
| | 08/14/2023 | $25.89 | 8,003,640 | 08/14/2023 | $5.35 | 8,003,640 |
| | 09/18/2023 | $25.88 | 8,003,693 | 09/18/2023 | $5.34 | 8,003,693 |
| | 09/18/2023 | $5.36 | 8,003,693 | 10/16/2023 | $25.89 | 8,003,752 |
| | 10/16/2023 | $5.35 | 8,003,752 | 11/13/2023 | $25.48 | 8,003,809 |
| | 11/13/2023 | $5.25 | 8,003,809 | 12/11/2023 | $25.48 | 8,003,863 |
| | 12/11/2023 | $5.29 | 8,003,863 | 12/11/2023 | $5.27 | 8,003,863 |
| | 01/08/2024 | $25.47 | 8,003,910 | 01/08/2024 | $5.27 | 8,003,910 |
| | 02/12/2024 | $25.47 | 8,003,952 | 02/12/2024 | $5.27 | 8,003,952 |
| | 03/11/2024 | $25.48 | 8,003,994 | 03/11/2024 | $5.25 | 8,003,994 |
| | 03/11/2024 | $5.26 | 8,003,994 | 05/10/2024 | $80.93 | 8,004,083 |
| | 05/10/2024 | $5.56 | 8,004,083 | 05/10/2024 | $16.74 | 8,004,083 |
| | 06/17/2024 | $5.27 | 8,004,127 | 06/17/2024 | $25.47 | 8,004,127 |
| | 07/15/2024 | $5.27 | 8,004,172 | 07/15/2024 | $25.47 | 8,004,172 |
| | 08/19/2024 | $25.49 | 8,004,211 | 08/19/2024 | $5.25 | 8,004,211 |
| | 08/19/2024 | $5.25 | 8,004,211 | 09/16/2024 | $52.61 | 8,004,253 |
| | 09/16/2024 | $10.87 | 8,004,253 | 11/18/2024 | $26.30 | 8,004,335 |
| | 11/18/2024 | $5.42 | 8,004,335 | 11/18/2024 | $5.44 | 8,004,335 |
| | 12/16/2024 | $26.03 | 8,004,375 | 12/16/2024 | $5.39 | 8,004,375 |

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | |
| | 03/14/2022 | $201.94 | 887,294 | 03/14/2022 | $273.50 | 887,294 |
| | 03/14/2022 | $386.28 | 887,294 | 03/14/2022 | $431.34 | 887,294 |
| | 04/18/2022 | $14.09 | 888,960 | 04/18/2022 | $19.06 | 888,960 |
| | 04/18/2022 | $26.93 | 888,960 | 04/18/2022 | $30.06 | 888,960 |
| | 05/16/2022 | $14.08 | 890,695 | 05/16/2022 | $19.07 | 890,695 |
| | 05/16/2022 | $26.92 | 890,695 | 05/16/2022 | $30.08 | 890,695 |
| | 06/20/2022 | $14.08 | 892,366 | 06/20/2022 | $19.07 | 892,366 |
| | 06/20/2022 | $26.93 | 892,366 | 06/20/2022 | $30.07 | 892,366 |
| | 07/18/2022 | $19.06 | 894,111 | 07/18/2022 | $26.93 | 894,111 |
| | 07/18/2022 | $30.07 | 894,111 | 07/18/2022 | $14.08 | 894,111 |
| | 09/19/2022 | $28.13 | 897,261 | 09/19/2022 | $38.14 | 897,261 |
| | 09/19/2022 | $53.86 | 897,261 | 09/19/2022 | $60.15 | 897,261 |
| | 10/17/2022 | $14.11 | 898,937 | 10/17/2022 | $19.06 | 898,937 |
| | 10/17/2022 | $26.93 | 898,937 | 10/17/2022 | $30.07 | 898,937 |
| | 11/14/2022 | $13.77 | 900,501 | 11/14/2022 | $18.68 | 900,501 |
| | 11/14/2022 | $26.39 | 900,501 | 11/14/2022 | $29.42 | 900,501 |
| | 12/12/2022 | $13.80 | 902,076 | 12/12/2022 | $18.67 | 902,076 |
| | 12/12/2022 | $26.35 | 902,076 | 12/12/2022 | $29.47 | 902,076 |
| | 01/09/2023 | $13.79 | 903,565 | 01/09/2023 | $18.67 | 903,565 |
| | 01/09/2023 | $26.37 | 903,565 | 01/09/2023 | $29.45 | 903,565 |
| | 02/13/2023 | $18.67 | 905,071 | 02/13/2023 | $26.38 | 905,071 |
| | 02/13/2023 | $29.45 | 905,071 | 02/13/2023 | $13.79 | 905,071 |
| | 03/13/2023 | $13.79 | 906,685 | 03/13/2023 | $18.67 | 906,685 |
| | 03/13/2023 | $26.37 | 906,685 | 03/13/2023 | $29.45 | 906,685 |
| | 04/17/2023 | $13.78 | 908,253 | 04/17/2023 | $18.66 | 908,253 |
| | 04/17/2023 | $26.36 | 908,253 | 04/17/2023 | $29.43 | 908,253 |
| | 05/15/2023 | $13.79 | 909,893 | 05/15/2023 | $18.69 | 909,893 |
| | 05/15/2023 | $26.39 | 909,893 | 05/15/2023 | $29.46 | 909,893 |
| | 06/12/2023 | $98.91 | 911,349 | 06/12/2023 | $133.95 | 911,349 |
| | 06/12/2023 | $189.18 | 911,349 | 06/12/2023 | $211.25 | 911,349 |
| | 07/17/2023 | $18.47 | 912,865 | 07/17/2023 | $26.09 | 912,865 |
| | 07/17/2023 | $29.14 | 912,865 | 07/17/2023 | $13.63 | 912,865 |
| | 08/14/2023 | $13.67 | 914,386 | 08/14/2023 | $18.47 | 914,386 |
| | 08/14/2023 | $26.09 | 914,386 | 08/14/2023 | $29.13 | 914,386 |
| | 09/18/2023 | $13.60 | 915,879 | 09/18/2023 | $18.48 | 915,879 |
| | 09/18/2023 | $26.10 | 915,879 | 09/18/2023 | $29.15 | 915,879 |
| | 10/16/2023 | $13.67 | 917,382 | 10/16/2023 | $18.47 | 917,382 |
| | 10/16/2023 | $26.09 | 917,382 | 10/16/2023 | $29.13 | 917,382 |
| | 11/13/2023 | $13.41 | 918,808 | 11/13/2023 | $18.18 | 918,808 |
| | 11/13/2023 | $25.68 | 918,808 | 11/13/2023 | $28.68 | 918,808 |
| | 12/11/2023 | $13.43 | 920,230 | 12/11/2023 | $18.18 | 920,230 |
| | 12/11/2023 | $25.67 | 920,230 | 12/11/2023 | $28.67 | 920,230 |
| | 01/08/2024 | $18.18 | 921,628 | 01/08/2024 | $25.68 | 921,628 |
| | 01/08/2024 | $28.67 | 921,628 | 01/08/2024 | $13.42 | 921,628 |
| | 02/12/2024 | $13.42 | 922,956 | 02/12/2024 | $18.18 | 922,956 |
| | 02/12/2024 | $25.67 | 922,956 | 02/12/2024 | $28.67 | 922,956 |
| | 03/11/2024 | $13.43 | 924,421 | 03/11/2024 | $18.17 | 924,421 |
| | 03/11/2024 | $25.67 | 924,421 | 03/11/2024 | $28.66 | 924,421 |
| | 05/10/2024 | $42.64 | 927,328 | 05/10/2024 | $57.76 | 927,328 |
| | 05/10/2024 | $81.58 | 927,328 | 05/10/2024 | $91.09 | 927,328 |
| | 06/17/2024 | $13.42 | 928,700 | 06/17/2024 | $28.67 | 928,700 |
| | 06/17/2024 | $25.67 | 928,700 | 06/17/2024 | $18.18 | 928,700 |
| | 07/15/2024 | $18.18 | 930,202 | 07/15/2024 | $25.67 | 930,202 |
| | 07/15/2024 | $28.67 | 930,202 | 07/15/2024 | $13.42 | 930,202 |
| | 08/19/2024 | $13.43 | 931,599 | 08/19/2024 | $18.18 | 931,599 |
| | 08/19/2024 | $25.68 | 931,599 | 08/19/2024 | $28.67 | 931,599 |
| | 09/16/2024 | $37.54 | 933,085 | 09/16/2024 | $53.02 | 933,085 |
| | 09/16/2024 | $59.21 | 933,085 | 09/16/2024 | $27.72 | 933,085 |
| | 11/18/2024 | $13.86 | 935,934 | 11/18/2024 | $18.77 | 935,934 |
| | 11/18/2024 | $26.52 | 935,934 | 11/18/2024 | $29.60 | 935,934 |
| | 12/16/2024 | $13.71 | 937,313 | 12/16/2024 | $18.57 | 937,313 |

**Chapter 13 Case # 21-15411**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 12/16/2024 | $26.23 | 937,313 | | 12/16/2024 | $29.29 | 937,313 |
| LVNV FUNDING LLC | | | | | | | |
| | 03/14/2022 | $262.78 | 887,861 | | 03/14/2022 | $238.57 | 887,861 |
| | 03/14/2022 | $474.88 | 887,861 | | 04/18/2022 | $33.11 | 889,598 |
| | 04/18/2022 | $18.32 | 889,598 | | 04/18/2022 | $16.63 | 889,598 |
| | 05/16/2022 | $33.11 | 891,284 | | 05/16/2022 | $16.63 | 891,284 |
| | 05/16/2022 | $18.33 | 891,284 | | 06/20/2022 | $16.63 | 892,985 |
| | 06/20/2022 | $18.32 | 892,985 | | 06/20/2022 | $33.11 | 892,985 |
| | 07/18/2022 | $33.10 | 894,664 | | 07/18/2022 | $16.63 | 894,664 |
| | 07/18/2022 | $18.32 | 894,664 | | 09/19/2022 | $33.26 | 897,863 |
| | 09/19/2022 | $66.22 | 897,863 | | 09/19/2022 | $36.64 | 897,863 |
| | 10/17/2022 | $33.10 | 899,514 | | 10/17/2022 | $16.63 | 899,514 |
| | 10/17/2022 | $18.32 | 899,514 | | 11/14/2022 | $32.45 | 901,082 |
| | 11/14/2022 | $16.30 | 901,082 | | 11/14/2022 | $17.92 | 901,082 |
| | 12/12/2022 | $32.39 | 902,629 | | 12/12/2022 | $16.28 | 902,629 |
| | 12/12/2022 | $17.97 | 902,629 | | 01/09/2023 | $32.42 | 904,128 |
| | 01/09/2023 | $17.94 | 904,128 | | 01/09/2023 | $16.29 | 904,128 |
| | 02/13/2023 | $17.93 | 905,669 | | 02/13/2023 | $16.29 | 905,669 |
| | 02/13/2023 | $32.43 | 905,669 | | 03/13/2023 | $32.42 | 907,272 |
| | 03/13/2023 | $17.94 | 907,272 | | 03/13/2023 | $16.29 | 907,272 |
| | 04/17/2023 | $32.40 | 908,885 | | 04/17/2023 | $16.28 | 908,885 |
| | 04/17/2023 | $17.96 | 908,885 | | 05/15/2023 | $32.45 | 910,467 |
| | 05/15/2023 | $17.93 | 910,467 | | 05/15/2023 | $16.29 | 910,467 |
| | 06/12/2023 | $232.58 | 911,947 | | 06/12/2023 | $116.84 | 911,947 |
| | 06/12/2023 | $128.70 | 911,947 | | 07/17/2023 | $17.75 | 913,469 |
| | 07/17/2023 | $32.08 | 913,469 | | 07/17/2023 | $16.11 | 913,469 |
| | 08/14/2023 | $32.07 | 914,984 | | 08/14/2023 | $17.75 | 914,984 |
| | 08/14/2023 | $16.11 | 914,984 | | 09/18/2023 | $32.08 | 916,481 |
| | 09/18/2023 | $16.13 | 916,481 | | 09/18/2023 | $17.76 | 916,481 |
| | 10/16/2023 | $32.08 | 917,954 | | 10/16/2023 | $17.75 | 917,954 |
| | 10/16/2023 | $16.11 | 917,954 | | 11/13/2023 | $31.56 | 919,401 |
| | 11/13/2023 | $17.46 | 919,401 | | 11/13/2023 | $15.86 | 919,401 |
| | 12/11/2023 | $31.57 | 920,797 | | 12/11/2023 | $15.86 | 920,797 |
| | 12/11/2023 | $17.47 | 920,797 | | 01/08/2024 | $31.56 | 922,185 |
| | 01/08/2024 | $15.85 | 922,185 | | 01/08/2024 | $17.46 | 922,185 |
| | 02/12/2024 | $31.56 | 923,558 | | 02/12/2024 | $15.86 | 923,558 |
| | 02/12/2024 | $17.47 | 923,558 | | 03/11/2024 | $31.57 | 924,992 |
| | 03/11/2024 | $15.85 | 924,992 | | 03/11/2024 | $17.47 | 924,992 |
| | 05/10/2024 | $100.29 | 927,894 | | 05/10/2024 | $50.38 | 927,894 |
| | 05/10/2024 | $55.49 | 927,894 | | 06/17/2024 | $15.86 | 929,338 |
| | 06/17/2024 | $17.47 | 929,338 | | 06/17/2024 | $31.56 | 929,338 |
| | 07/15/2024 | $31.56 | 930,779 | | 07/15/2024 | $15.86 | 930,779 |
| | 07/15/2024 | $17.47 | 930,779 | | 08/19/2024 | $31.56 | 932,225 |
| | 08/19/2024 | $17.46 | 932,225 | | 08/19/2024 | $15.85 | 932,225 |
| | 09/16/2024 | $32.75 | 933,650 | | 09/16/2024 | $36.07 | 933,650 |
| | 09/16/2024 | $65.18 | 933,650 | | 11/18/2024 | $32.60 | 936,544 |
| | 11/18/2024 | $16.37 | 936,544 | | 11/18/2024 | $18.04 | 936,544 |
| | 12/16/2024 | $32.25 | 937,934 | | 12/16/2024 | $16.20 | 937,934 |
| | 12/16/2024 | $17.84 | 937,934 | | | | |

**Chapter 13 Case # 21-15411**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| NAVIENT SOLUTIONS LLC | | | | | | | |
| | 03/14/2022 | $2,325.79 | 887,111 | | 04/18/2022 | $162.15 | 888,766 |
| | 05/16/2022 | $162.16 | 890,525 | | 06/20/2022 | $162.14 | 892,181 |
| | 07/18/2022 | $162.14 | 893,941 | | 09/19/2022 | $324.32 | 897,080 |
| | 10/17/2022 | $162.12 | 898,771 | | 11/14/2022 | $158.90 | 900,343 |
| | 12/12/2022 | $158.69 | 901,927 | | 01/09/2023 | $158.78 | 903,420 |
| | 02/13/2023 | $158.79 | 904,922 | | 03/13/2023 | $158.78 | 906,554 |
| | 04/17/2023 | $158.70 | 908,109 | | 05/15/2023 | $158.89 | 909,771 |
| | 06/12/2023 | $1,139.10 | 911,228 | | 07/17/2023 | $157.13 | 912,754 |
| | 08/14/2023 | $157.09 | 914,281 | | 09/18/2023 | $157.13 | 915,769 |
| | 10/16/2023 | $157.10 | 917,282 | | 11/13/2023 | $154.59 | 918,709 |
| | 12/11/2023 | $154.58 | 920,139 | | 01/08/2024 | $154.58 | 921,547 |
| | 02/12/2024 | $154.58 | 922,870 | | 03/11/2024 | $154.60 | 924,341 |
| | 05/10/2024 | $491.18 | 927,255 | | 06/17/2024 | $154.58 | 928,616 |
| | 07/15/2024 | $154.58 | 930,132 | | 08/19/2024 | $154.59 | 931,521 |
| | 09/16/2024 | $319.25 | 933,015 | | 11/18/2024 | $159.63 | 935,870 |
| | 12/16/2024 | $157.94 | 937,250 | | | | |
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 03/14/2022 | $47.90 | 888,047 | | 05/16/2022 | $6.67 | 891,461 |
| | 07/18/2022 | $6.68 | 894,835 | | 09/19/2022 | $6.68 | 898,050 |
| | 11/14/2022 | $6.62 | 901,254 | | 01/09/2023 | $6.54 | 904,303 |
| | 03/13/2023 | $6.53 | 907,450 | | 05/15/2023 | $6.54 | 910,637 |
| | 06/12/2023 | $23.47 | 912,128 | | 08/14/2023 | $6.47 | 915,147 |
| | 10/16/2023 | $6.47 | 918,121 | | 12/11/2023 | $6.37 | 920,960 |
| | 02/12/2024 | $6.35 | 923,717 | | 05/10/2024 | $13.31 | 928,048 |
| | 07/15/2024 | $6.36 | 930,931 | | 09/16/2024 | $9.76 | 933,795 |
| | 12/16/2024 | $6.54 | 938,090 | | | | |

**Chapter 13 Case # 21-15411**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 03/14/2022 | $81.01 | 8,002,741 | 03/14/2022 | $87.42 | 8,002,741 |
| | 03/14/2022 | $96.90 | 8,002,741 | 04/18/2022 | $5.65 | 8,002,785 |
| | 04/18/2022 | $6.09 | 8,002,785 | 04/18/2022 | $6.77 | 8,002,785 |
| | 05/16/2022 | $5.66 | 8,002,843 | 05/16/2022 | $6.09 | 8,002,843 |
| | 05/16/2022 | $6.76 | 8,002,843 | 06/20/2022 | $5.65 | 8,002,892 |
| | 06/20/2022 | $6.09 | 8,002,892 | 06/20/2022 | $6.76 | 8,002,892 |
| | 07/18/2022 | $5.64 | 8,002,950 | 07/18/2022 | $6.10 | 8,002,950 |
| | 07/18/2022 | $6.76 | 8,002,950 | 09/19/2022 | $11.30 | 8,003,048 |
| | 09/19/2022 | $12.19 | 8,003,048 | 09/19/2022 | $13.50 | 8,003,048 |
| | 10/17/2022 | $5.65 | 8,003,103 | 10/17/2022 | $6.09 | 8,003,103 |
| | 10/17/2022 | $6.77 | 8,003,103 | 11/14/2022 | $5.53 | 8,003,148 |
| | 11/14/2022 | $5.97 | 8,003,148 | 11/14/2022 | $6.61 | 8,003,148 |
| | 12/12/2022 | $5.52 | 8,003,201 | 12/12/2022 | $5.97 | 8,003,201 |
| | 12/12/2022 | $6.62 | 8,003,201 | 01/09/2023 | $5.54 | 8,003,257 |
| | 01/09/2023 | $5.97 | 8,003,257 | 01/09/2023 | $6.62 | 8,003,257 |
| | 02/13/2023 | $5.53 | 8,003,309 | 02/13/2023 | $5.95 | 8,003,309 |
| | 02/13/2023 | $6.61 | 8,003,309 | 03/13/2023 | $5.53 | 8,003,367 |
| | 03/13/2023 | $5.98 | 8,003,367 | 03/13/2023 | $6.62 | 8,003,367 |
| | 04/17/2023 | $5.53 | 8,003,414 | 04/17/2023 | $5.97 | 8,003,414 |
| | 04/17/2023 | $6.62 | 8,003,414 | 05/15/2023 | $5.54 | 8,003,472 |
| | 05/15/2023 | $5.97 | 8,003,472 | 05/15/2023 | $6.62 | 8,003,472 |
| | 06/12/2023 | $39.68 | 8,003,529 | 06/12/2023 | $42.81 | 8,003,529 |
| | 06/12/2023 | $47.47 | 8,003,529 | 07/17/2023 | $5.47 | 8,003,582 |
| | 07/17/2023 | $5.90 | 8,003,582 | 07/17/2023 | $6.55 | 8,003,582 |
| | 08/14/2023 | $5.47 | 8,003,637 | 08/14/2023 | $5.91 | 8,003,637 |
| | 08/14/2023 | $6.55 | 8,003,637 | 09/18/2023 | $5.47 | 8,003,690 |
| | 09/18/2023 | $5.91 | 8,003,690 | 09/18/2023 | $6.53 | 8,003,690 |
| | 10/16/2023 | $5.47 | 8,003,749 | 10/16/2023 | $5.90 | 8,003,749 |
| | 10/16/2023 | $6.55 | 8,003,749 | 11/13/2023 | $5.39 | 8,003,806 |
| | 11/13/2023 | $5.81 | 8,003,806 | 11/13/2023 | $6.45 | 8,003,806 |
| | 12/11/2023 | $5.38 | 8,003,859 | 12/11/2023 | $5.81 | 8,003,859 |
| | 12/11/2023 | $6.43 | 8,003,859 | 01/08/2024 | $5.39 | 8,003,906 |
| | 01/08/2024 | $5.81 | 8,003,906 | 01/08/2024 | $6.45 | 8,003,906 |
| | 02/12/2024 | $5.38 | 8,003,947 | 02/12/2024 | $5.81 | 8,003,947 |
| | 02/12/2024 | $6.44 | 8,003,947 | 03/11/2024 | $5.39 | 8,003,991 |
| | 03/11/2024 | $5.81 | 8,003,991 | 03/11/2024 | $6.45 | 8,003,991 |
| | 05/10/2024 | $17.11 | 8,004,082 | 05/10/2024 | $18.46 | 8,004,082 |
| | 05/10/2024 | $20.45 | 8,004,082 | 06/17/2024 | $6.44 | 8,004,126 |
| | 06/17/2024 | $5.81 | 8,004,126 | 06/17/2024 | $5.38 | 8,004,126 |
| | 07/15/2024 | $5.38 | 8,004,169 | 07/15/2024 | $5.81 | 8,004,169 |
| | 07/15/2024 | $6.45 | 8,004,169 | 08/19/2024 | $5.39 | 8,004,210 |
| | 08/19/2024 | $5.81 | 8,004,210 | 08/19/2024 | $6.45 | 8,004,210 |
| | 09/16/2024 | $11.12 | 8,004,251 | 09/16/2024 | $12.00 | 8,004,251 |
| | 09/16/2024 | $13.30 | 8,004,251 | 11/18/2024 | $5.56 | 8,004,336 |
| | 11/18/2024 | $6.00 | 8,004,336 | 11/18/2024 | $6.65 | 8,004,336 |
| | 12/16/2024 | $5.51 | 8,004,376 | 12/16/2024 | $5.93 | 8,004,376 |
| | 12/16/2024 | $6.59 | 8,004,376 | | | |
| QUANTUM3 GROUP LLC | | | | | | |
| | 03/14/2022 | $57.03 | 887,405 | 03/14/2022 | $9.61 | 887,405 |
| | 05/16/2022 | $7.95 | 890,810 | 07/18/2022 | $7.96 | 894,214 |
| | 09/19/2022 | $7.94 | 897,371 | 11/14/2022 | $5.35 | 900,609 |
| | 11/14/2022 | $7.88 | 900,609 | 01/09/2023 | $7.78 | 903,663 |
| | 03/13/2023 | $7.79 | 906,788 | 05/15/2023 | $7.78 | 8,003,479 |
| | 06/12/2023 | $8.65 | 8,003,537 | 06/12/2023 | $27.94 | 8,003,537 |
| | 08/14/2023 | $7.71 | 8,003,649 | 10/16/2023 | $7.70 | 8,003,772 |
| | 12/11/2023 | $7.58 | 8,003,869 | 02/12/2024 | $5.15 | 8,003,964 |
| | 02/12/2024 | $7.58 | 8,003,964 | 05/10/2024 | $15.83 | 8,004,098 |
| | 07/15/2024 | $7.59 | 8,004,183 | 09/16/2024 | $11.62 | 8,004,259 |
| | 09/16/2024 | $5.90 | 8,004,259 | 12/16/2024 | $7.78 | 8,004,390 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SOFI LENDING CORP | | | | | | | |
| | 03/14/2022 | $1,757.42 | 887,139 | | 04/18/2022 | $122.53 | 888,793 |
| | 05/16/2022 | $122.53 | 890,551 | | 06/20/2022 | $122.52 | 893,298 |
| | 07/18/2022 | $122.51 | 894,948 | | 09/02/2022 | ($122.53) | 890,551 |
| | 09/19/2022 | $367.59 | 898,159 | | 10/17/2022 | $122.50 | 899,804 |
| | 11/14/2022 | $120.07 | 901,365 | | 12/12/2022 | $119.91 | 902,914 |
| | 01/09/2023 | $119.98 | 904,409 | | 02/13/2023 | $119.99 | 905,959 |
| | 03/13/2023 | $119.97 | 907,553 | | 04/17/2023 | $119.92 | 909,179 |
| | 05/15/2023 | $120.06 | 910,729 | | 06/12/2023 | $860.73 | 912,218 |
| | 07/17/2023 | $118.73 | 913,736 | | 08/14/2023 | $118.70 | 915,232 |
| | 09/18/2023 | $118.73 | 916,756 | | 10/16/2023 | $118.70 | 918,201 |
| | 11/13/2023 | $116.81 | 919,651 | | 12/11/2023 | $116.81 | 921,048 |
| | 01/08/2024 | $116.81 | 922,415 | | 02/12/2024 | $116.81 | 923,808 |
| | 03/11/2024 | $116.81 | 925,249 | | 05/10/2024 | $371.14 | 928,132 |
| | 06/17/2024 | $116.81 | 929,605 | | 07/15/2024 | $116.80 | 931,018 |
| | 08/19/2024 | $116.82 | 932,481 | | 09/16/2024 | $241.23 | 933,886 |
| | 11/18/2024 | $120.63 | 936,776 | | 12/16/2024 | $119.34 | 938,180 |
| TIAA FSB | | | | | | | |
| | 11/17/2021 | $778.74 | 880,738 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 06/20/2022 | $5.11 | 892,345 | | 06/20/2022 | $5.07 | 892,345 |
| | 06/12/2023 | $5.28 | 911,334 | | 06/12/2023 | $5.22 | 911,334 |
| | 11/18/2024 | $5.15 | 935,923 | | 11/18/2024 | $5.12 | 935,923 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,874.11 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,250.00 | 100.00% | 4,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRES | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 6,667.20 | * | 1,089.33 | |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 3,600.56 | * | 588.28 | |
| 0004 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 1,137.00 | * | 185.77 | |
| 0007 | BANK OF AMERICA | UNSECURED | 3,235.00 | * | 528.55 | |
| 0010 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 10,039.26 | * | 1,640.27 | |
| 0011 | JPMORGAN CHASE BANK NA | UNSECURED | 4,793.84 | * | 783.24 | |
| 0013 | LVNV FUNDING LLC | UNSECURED | 11,272.74 | * | 1,841.80 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,923.17 | * | 314.21 | |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,075.01 | * | 339.03 | |
| 0016 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,300.66 | * | 375.89 | |
| 0018 | CITIZENS BANK NA | UNSECURED | 40,735.83 | * | 6,655.65 | |
| 0019 | QUANTUM3 GROUP LLC | UNSECURED | 1,353.78 | * | 221.19 | |
| 0021 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 4,063.87 | * | 663.98 | |
| 0023 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 1,821.25 | * | 297.56 | |
| 0025 | FIRST NATIONAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | HSBC BANK USA, N.A. | UNSECURED | 4,650.00 | * | 759.75 | |
| 0032 | NAVIENT SOLUTIONS LLC | UNSECURED | 55,209.77 | * | 9,020.48 | |
| 0033 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | SOFI LENDING CORP | UNSECURED | 41,717.73 | * | 6,816.08 | |
| 0037 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 778.74 | 100.00% | 778.74 | |
| 0043 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 9,097.97 | * | 1,486.48 | |
| 0044 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 625.35 | * | 102.17 | |
| 0045 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,880.61 | * | 307.26 | |
| 0046 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 21-15411**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0047 | QUANTUM3 GROUP LLC | UNSECURED | 228.18 | * | 34.66 | |
| 0048 | LVNV FUNDING LLC | UNSECURED | 6,238.00 | * | 1,019.20 | |
| 0049 | JPMORGAN CHASE BANK NA | UNSECURED | 6,492.16 | * | 1,060.73 | |
| 0050 | JPMORGAN CHASE BANK NA | UNSECURED | 9,169.34 | * | 1,498.14 | |
| 0051 | JPMORGAN CHASE BANK NA | UNSECURED | 10,239.00 | * | 1,672.90 | |
| 0052 | LVNV FUNDING LLC | UNSECURED | 5,663.00 | * | 925.26 | |
| 0053 | SANTANDER CONSUMER USA INC. | VEHICLE SECURED | 0.00 | 100.00% | 0.00 | |
| 0054 | SANTANDER CONSUMER USA INC. | VEHICLE SECURED | 0.00 | 100.00% | 0.00 | |
| 0055 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 100.40 | * | 15.54 | |
| 0056 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 99.54 | * | 15.41 | |

**Total Paid: $48,161.66**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2025.

Receipts: $48,121.00    -    Paid to Claims: $41,037.55    -    Admin Costs Paid: $7,124.11    =    Funds on Hand: $709.34

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.