| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>CHRISTOPHER FISCHER<br>MAGDALENA FISCHER | Case No.: 21-15411<br><br>Adv. No.:<br><br>Hearing Date:  05/07/2025<br><br>Judge:  RG |

## CERTIFICATION OF SERVICE

1. I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 04/14/2025, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
CHRISTOPHER FISCHER
MAGDALENA FISCHER
225 MOUNT HOPE AVE
DOVER, NJ  07801-2703
Mode of Service:  Regular Mail

Attorney for Debtor(s):
SCOTT J. GOLDSTEIN
LAW OFFICES OF WENARSKY AND GOLDSTEIN, LLC
410 STATE ROUTE 10 WEST, SUITE 214
LEDGEWOOD, NJ  07852
Mode of Service:  ECF and/or Regular Mail

Dated:  April 14, 2025

By:  /S/  Lauren O'Shea
Lauren O'Shea