| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    CHRISTOPHER FISCHER<br>    MAGDALENA FISCHER |

Order Filed on May 9, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  21-15411 MEH

Hearing Date:  5/7/2025

## INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 9, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor(s): CHRISTOPHER FISCHER
MAGDALENA FISCHER

Case No.: 21-15411

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

　　THIS MATTER having come before the Court on 05/07/2025 on notice to SCOTT J. GOLDSTEIN, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file amended Schedule I by 5/14/2025 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's Attorney; and it is further

- ORDERED, that the Motion will be adjourned to 5/21/2025 at 10:00 am.