Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  21–15411–MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher FIscher                    Magdalena Fischer
225 Mount Hope Ave                     fka Magdalena Krajina
Dover, NJ 07801–2703                   225 Mount Hope Ave
                                       Dover, NJ 07801–2703

Social Security No.:
    xxx–xx–3376                        xxx–xx–7926

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/16/25 at 10:00 AM

to consider and act upon the following:

*71* – Motion to Vacate Dismissal of Case Filed by Scott J. Goldstein on behalf of Christopher FIscher, Magdalena Fischer. Hearing scheduled for 6/18/2025 at 10:00 AM, MEH – Courtroom 3E, Newark.. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Attorney Declaration in Support of Motion # 3 Proposed Order # 4 Certificate of Service) (Goldstein, Scott)

Dated: 6/18/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court