UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on July 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Christopher FIscher

| | |
|---|---|
| Case No.: | 21-15411 |
| Hearing Date: | 7/16/25 |
| Judge: | TBA |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
Motion to Vacate Dismissal of Case

The relief set forth on the following page is hereby **ORDERED**.

DATED: July 16, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

A motion or application having been filed on _____May 19_____, 20 _25_ by _Scott J. Goldstein_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev. 8/1/15*