Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−15411−TBA
Chapter: 13
Judge: MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher FIscher
225 Mount Hope Ave
Dover, NJ 07801−2703

Magdalena Fischer
fka Magdalena Krajina
225 Mount Hope Ave
Dover, NJ 07801−2703

Social Security No.:
  xxx−xx−3376                                    xxx−xx−7926

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/17/25 at 10:00 AM

to consider and act upon the following:

**77** − Motion to Vacate Dismissal of Case Filed by Scott J. Goldstein on behalf of Christopher FIscher, Magdalena Fischer. Hearing scheduled for 8/20/2025 at 10:00 AM, TBA − Courtroom 3E, Newark.. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Attorney Declaration # 3 Proposed Order) (Goldstein, Scott)

Dated: 8/20/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court