UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein (016472004)

In re:

Christopher Fischer and Magdalena Fischer,

    Debtors

Case No. _____21-15411_____
Adv. No: _____
Chapter: ___13___
Hearing Date: _____
Judge: _____Mark E. Hall_____

# CERTIFICATION OF SERVICE

1. I, **Marissa Dontas,**

   ☐ represent the Debtors in this matter.

   ☒ am the secretary/paralegal for  Scott J. Goldstein Esq.,  who represents the Debtors in this matter.

   ☐ am the Debtor  in this case and am representing myself.

2. On  9/18/2025 ,  I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Order Granting Motion to Vacate Dismissal

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  9/18/2025           /s/ Marissa Dontas
                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Ch 13 Standing Trustee<br>30 Two Bridges Road<br>Ste 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  _Per waiver via CM/ECF_<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the US Trustee<br>1085 Raymond Blvd.<br>Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  _Per waiver via CM/ECF_<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| All Creditors per attached | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other  _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other  _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other  _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia PA 19106

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown NJ 08057

Martone & Uhlmann
777 Passaic Avenue, Suite 535
Clifton NJ 07012

PNC Bank, National Association
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg OH 45342

PNC Bank, National Association
PO Box 94982
Cleveland OH 44101

American Express National Bank
c/o Becket & Lee LLP
PO Box 3001
Malvern PA 19355-0701

Bank of America
PO Box 982238
El Paso TX 79998-2238

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

CCAP Auto Lease Ltd
PO Box 961275
Fort Worth TX 76161

Capital One NA
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Citizens Bank NA
Attn: Bankruptcy Team
One Citizens Bank Way Mailstop JCA 115
Johnston RI 02919

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland WA 98083-0657

First National Bank of Omaha
1620 Dodge St Stop
Code 3129
Omaha NE 68197

HSBC Bank USA, NA
Attn: Business Services
2929 Walden Ave C9
Depew NY 14043

JP Morgan Chase Bank
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Ave, Suite 100
Boca Raton FL 33487-2853

Citibank
1000 Technology Drive MS 777
O'Fallon MO 63368-2239

Chase
Attn: Bankruptcy
PO Box 15298
Wilmington DE 19850-5298

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud MN 56302-7999

Quantum3 Group, LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland WA 98083-0788

SoFi Lending Corp
PO Box 10587
Greenville SC 29603-0587

Verizon
By American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118

Chrysler Capital
PO Box 961275
Fort Worth TX 76161-0275

PNC Retail Lending
PO Box 94982
Clevland OH 44101-4982

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso TX 79998-1540

DCM Services
7601 Penn Ave S, Ste A600
Minneapolis MN 55423-5000

Comenity Bank
Attn: Bankruptcy
PO Box 181125
Columbus OH 43218-2125

State of NJ – Div of Taxation
Attn: Bankruptcy
PO Box 245
Trenton NJ 08695-0245

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA 19101-7346

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany OH 43054-3025

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville SC 29603-0587

Navient PC Trust
c/o Navient Solutions LLC
PO Box 9640
Wilkes-Barre PA 18773-9640

Navient Solutions, LLC
Attn: Claims Dept
PO Box 9500
Wilkes-Barre PA 18773-9500

Nelnet
PO Box 2970
Omaha NE 68103-2970

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk VA 23541-1067

Radius Global Solutions, LLC
PO Box 390905
Minneapolis MN 55439-0905

United Collections Bureau, Inc
5620 Southwyck Blvd, Suite 206
Toledo OH 43614-1501