Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−15411−TBA
Chapter: 13
Judge: MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher FIscher | Magdalena Fischer |
| 225 Mount Hope Ave | fka Magdalena Krajina |
| Dover, NJ 07801−2703 | 225 Mount Hope Ave |
| | Dover, NJ 07801−2703 |

Social Security No.:
  xxx−xx−3376                                  xxx−xx−7926

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 17, 2022.

On 9/18/2025 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable MARK E HALL on:

Date:                November 5, 2025
Time:                08:30 AM
Location:            Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3.  **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 18, 2025
JAN: mlc

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-15411-TBA
Christopher FIscher  Chapter 13
Magdalena Fischer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 5
Date Rcvd: Sep 18, 2025      Form ID: 185      Total Noticed: 69

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Christopher FIscher, Magdalena Fischer, 225 Mount Hope Ave, Dover, NJ 07801-2703 |
| 519252726 | Citizens Bank, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519252746 | TIAA Bank, ATTN: Mortgage Resolution, PO Box 8068, Virginia Beach, VA 23450-8068 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 18 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 18 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 18 2025 20:49:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 18 2025 21:06:23 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 18 2025 20:49:00 | TIAA, FSB, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519252709 | | Email/PDF: bncnotices@becket-lee.com | Sep 18 2025 20:55:28 | American Expres, PO Box 1270, Newark, NJ 07101-1270 |
| 519252710 | | Email/PDF: bncnotices@becket-lee.com | Sep 18 2025 20:55:54 | American Express National Bank, PO Box 30384, Salt Lake City, UT 84130-0384 |
| 519262262 | | Email/PDF: bncnotices@becket-lee.com | Sep 18 2025 21:06:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519252711 | | Email/PDF: bncnotices@becket-lee.com | Sep 18 2025 20:55:04 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519252712 | | Email/PDF: bncnotices@becket-lee.com | Sep 18 2025 21:07:14 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519252714 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 18 2025 20:49:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 519252713 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 18 2025 20:49:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519261794 | + | Email/Text: mortgagebkcorrespondence@bofa.com | | |

Case 21-15411-TBA    Doc 86    Filed 09/20/25    Entered 09/21/25 00:16:39    Desc Imaged
Certificate of Notice    Page 3 of 6

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 5 |
| Date Rcvd: Sep 18, 2025 | Form ID: 185 | Total Noticed: 69 |

| | | | |
|---|---|---|---|
| 519252716 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2025 20:50:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519261632 | + Email/Text: enotifications@santanderconsumerusa.com | Sep 18 2025 20:55:33 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519279120 | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 18 2025 20:51:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519261584 | + Email/PDF: ebn_ais@aisinfo.com | Sep 18 2025 20:49:00 | Citizens Bank, N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 519252717 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 18 2025 20:55:38 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519252718 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 18 2025 20:55:49 | Capital One NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519252719 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 18 2025 21:06:38 | Capital One, N.A., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519252720 | Email/Text: enotifications@santanderconsumerusa.com | Sep 18 2025 20:55:11 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519252721 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2025 20:51:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 519252722 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2025 21:07:43 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519252723 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2025 20:55:36 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519252724 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2025 21:07:42 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519252725 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2025 20:55:57 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519252727 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 18 2025 20:55:31 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519252729 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2025 20:51:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519252739 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2025 20:55:30 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519267647 | Email/Text: bnc-quantum@quantum3group.com | Sep 18 2025 20:55:13 | Macys/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 519252730 | Email/Text: mrdiscen@discover.com | Sep 18 2025 20:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519252731 | Email/Text: mrdiscen@discover.com | Sep 18 2025 20:49:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519252732 | Email/Text: collecadminbankruptcy@fnni.com | Sep 18 2025 20:49:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519252733 | Email/Text: collecadminbankruptcy@fnni.com | Sep 18 2025 20:50:00 | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 519260863 | Email/Text: collecadminbankruptcy@fnni.com | Sep 18 2025 20:50:00 | First National Bank, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 519252734 | Email/Text: collecadminbankruptcy@fnni.com | Sep 18 2025 20:50:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| | | Sep 18 2025 20:50:00 | Fnb Omaha, PO Box 3412, Omaha, NE 68103 |

| District/off: 0312-2 | User: admin | | Page 3 of 5 |
|---|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: 185 | | Total Noticed: 69 |

| | | | |
|---|---|---|---|
| 519252735 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com Sep 18 2025 20:49:00 | | HSBC, Attn: Bankruptcy, PO Box 5263, Carol Stream, IL 60197-5263 |
| 519298892 | ^ MEBN Sep 18 2025 20:44:29 | | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 519252736 | Email/Text: sbse.cio.bnc.mail@irs.gov Sep 18 2025 20:50:00 | | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519252737 | Email/Text: JCAP_BNC_Notices@jcap.com Sep 18 2025 20:51:00 | | Jefferson Capital Syst, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 519291230 | Email/Text: JCAP_BNC_Notices@jcap.com Sep 18 2025 20:51:00 | | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 519286946 | + Email/Text: RASEBN@raslg.com Sep 18 2025 20:49:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519252738 | Email/PDF: ais.chase.ebn@aisinfo.com Sep 18 2025 21:07:42 | | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519260808 | Email/PDF: resurgentbknotifications@resurgent.com Sep 18 2025 20:55:05 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519258303 | Email/PDF: Bankruptcy_Prod@mohela.com Sep 18 2025 20:55:50 | | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 519252740 | Email/PDF: Bankruptcy_Prod@mohela.com Sep 18 2025 20:55:37 | | Navient Solutions, LLC, Attn: Claims Dept, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 519252741 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov Sep 18 2025 20:51:00 | | Nelnet, PO Box 2970, Omaha, NE 68103-2970 |
| 519252715 | Email/Text: Bankruptcy.Notices@pnc.com Sep 18 2025 20:49:00 | | BBVA USA, 2009 Beltine Rd, Decatur, AL 35603 |
| 519288702 | Email/Text: Bankruptcy.Notices@pnc.com Sep 18 2025 20:49:00 | | BBVA USA, PO Box 10566, Birmingham, AL 35296 |
| 519539531 | Email/Text: Bankruptcy.Notices@pnc.com Sep 18 2025 20:49:00 | | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519539533 | Email/Text: Bankruptcy.Notices@pnc.com Sep 18 2025 20:49:00 | | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342, PNC Bank, National Association, Attn: Bankruptcy |
| 519453888 | Email/Text: Bankruptcy.Notices@pnc.com Sep 18 2025 20:49:00 | | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 519453889 | Email/Text: Bankruptcy.Notices@pnc.com Sep 18 2025 20:49:00 | | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101, PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 519291239 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2025 21:07:47 | | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519294737 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2025 21:18:29 | | Portfolio Recovery Associates, LLC, c/o SUNOCO, POB 41067, Norfolk, VA 23541 |
| 519291242 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2025 20:55:04 | | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519256064 | Email/Text: bnc-quantum@quantum3group.com Sep 18 2025 20:51:00 | | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519252742 | Email/Text: ngisupport@radiusgs.com Sep 18 2025 20:50:00 | | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519252744 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Sep 18 2025 20:49:00 | | State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, PO Box 245, Trenton, NJ 08695-0245 |

Case 21-15411-TBA   Doc 86   Filed 09/20/25   Entered 09/21/25 00:16:39   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: 185 | Total Noticed: 69 |

| 519284244 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2025 20:55:58 | SoFi Lending Corp, PO Box 10587, Greenville SC 29603-0587 |
| 519252743 | | Email/PDF: SoFiBKNotifications@resurgent.com | Sep 18 2025 20:55:53 | Sofi Lending Corp, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 519253581 | ^ | MEBN | Sep 18 2025 20:42:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519299220 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 18 2025 20:50:00 | TIAA, FSB, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 519252745 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2025 20:55:30 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519252747 | | Email/Text: BAN5620@UCBINC.COM | Sep 18 2025 20:50:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 519294578 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 18 2025 20:55:08 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 66

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519262263 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519261754 | *+ | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519279123 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 519539532 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519252728 | ## | DCM Services, 7601 Penn Ave S Ste A600, Minneapolis, MN 55423-5000 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Bank of America  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| John R. Morton, Jr. | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Sep 18, 2025 | Form ID: 185 | Total Noticed: 69 |

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Marie-Ann Greenberg

magecf@magtrustee.com

Scott J. Goldstein

on behalf of Debtor Christopher FIscher scott@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com

Scott J. Goldstein

on behalf of Joint Debtor Magdalena Fischer scott@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com

Shauna M Deluca

on behalf of Creditor TIAA  FSB sdeluca@hasbanilight.com, hllawpc@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8