Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−15411−TBA
Chapter: 13
Judge: MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher FIscher | Magdalena Fischer |
| 225 Mount Hope Ave | fka Magdalena Krajina |
| Dover, NJ 07801−2703 | 225 Mount Hope Ave |
| | Dover, NJ 07801−2703 |

Social Security No.:
  xxx−xx−3376                             xxx−xx−7926

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on N/A.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 6, 2025
JAN: km

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Christopher FIscher  
Magdalena Fischer  
    Debtors

Case No. 21-15411-TBA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 5  
Date Rcvd: Nov 06, 2025      Form ID: 148      Total Noticed: 69

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Christopher FIscher, Magdalena Fischer, 225 Mount Hope Ave, Dover, NJ 07801-2703 |
| 519252726 | Citizens Bank, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519252746 | TIAA Bank, ATTN: Mortgage Resolution, PO Box 8068, Virginia Beach, VA 23450-8068 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 06 2025 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2025 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2025 21:00:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| cr | + | EDI: PRA.COM | Nov 07 2025 01:46:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 06 2025 21:00:00 | TIAA, FSB, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519252709 | | Email/PDF: bncnotices@becket-lee.com | Nov 06 2025 21:25:18 | American Expres, PO Box 1270, Newark, NJ 07101-1270 |
| 519252710 | | Email/PDF: bncnotices@becket-lee.com | Nov 06 2025 21:11:58 | American Express National Bank, PO Box 30384, Salt Lake City, UT 84130-0384 |
| 519262262 | | Email/PDF: bncnotices@becket-lee.com | Nov 06 2025 21:37:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519252711 | | Email/PDF: bncnotices@becket-lee.com | Nov 06 2025 21:11:52 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519252712 | | Email/PDF: bncnotices@becket-lee.com | Nov 06 2025 21:12:38 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519252714 | | EDI: BANKAMER | Nov 07 2025 01:46:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 519252713 | | EDI: BANKAMER | Nov 07 2025 01:46:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519261794 | + | EDI: BANKAMER2 | | |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| | | Nov 07 2025 01:46:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519252716 | EDI: CITICORP | Nov 07 2025 01:46:00 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519261632 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 06 2025 21:01:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519279120 | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 06 2025 21:00:00 | Citizens Bank, N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 519261584 | + EDI: AIS.COM | Nov 07 2025 01:46:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519252717 | EDI: CAPITALONE.COM | Nov 07 2025 01:46:00 | Capital One NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519252718 | EDI: CAPITALONE.COM | Nov 07 2025 01:46:00 | Capital One, N.A., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519252719 | EDI: JPMORGANCHASE | Nov 07 2025 01:46:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519252720 | Email/Text: enotifications@santanderconsumerusa.com | Nov 06 2025 21:01:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 519252721 | EDI: CITICORP | Nov 07 2025 01:46:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519252722 | EDI: CITICORP | Nov 07 2025 01:46:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519252723 | EDI: CITICORP | Nov 07 2025 01:46:00 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519252724 | EDI: CITICORP | Nov 07 2025 01:46:00 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519252725 | EDI: CITICORP | Nov 07 2025 01:46:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519252727 | EDI: WFNNB.COM | Nov 07 2025 01:46:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519252729 | EDI: CITICORP | Nov 07 2025 01:46:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519252739 | EDI: CITICORP | Nov 07 2025 01:46:00 | Macys/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 519267647 | EDI: Q3G.COM | Nov 07 2025 01:46:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519252730 | EDI: DISCOVER | Nov 07 2025 01:46:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519252731 | EDI: DISCOVER | Nov 07 2025 01:46:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519252732 | Email/Text: collecadminbankruptcy@fnni.com | Nov 06 2025 21:00:00 | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 519252733 | Email/Text: collecadminbankruptcy@fnni.com | Nov 06 2025 21:00:00 | First National Bank, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 519260863 | Email/Text: collecadminbankruptcy@fnni.com | Nov 06 2025 21:00:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 519252734 | Email/Text: collecadminbankruptcy@fnni.com | Nov 06 2025 21:00:00 | Fnb Omaha, PO Box 3412, Omaha, NE 68103 |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| 519252735 | EDI: HFC.COM | Nov 07 2025 01:46:00 | HSBC, Attn: Bankruptcy, PO Box 5263, Carol Stream, IL 60197-5263 |
| 519298892 | ^ MEBN | Nov 06 2025 20:57:43 | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 519252736 | EDI: IRS.COM | Nov 07 2025 01:46:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519252737 | EDI: JEFFERSONCAP.COM | Nov 07 2025 01:46:00 | Jefferson Capital Syst, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 519291230 | EDI: JEFFERSONCAP.COM | Nov 07 2025 01:46:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 519286946 | + Email/Text: RASEBN@raslg.com | Nov 06 2025 21:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519252738 | EDI: JPMORGANCHASE | Nov 07 2025 01:46:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519260808 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2025 21:11:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519258303 | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 06 2025 21:24:52 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 519252740 | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 06 2025 21:36:38 | Navient Solutions, LLC, Attn: Claims Dept, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 519252741 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 06 2025 21:01:00 | Nelnet, PO Box 2970, Omaha, NE 68103-2970 |
| 519252715 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2025 21:00:00 | BBVA USA, 2009 Beltine Rd, Decatur, AL 35603 |
| 519288702 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2025 21:00:00 | BBVA USA, PO Box 10566, Birmingham, AL 35296 |
| 519539531 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2025 21:00:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519539533 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2025 21:00:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342, PNC Bank, National Association, Attn: Bankruptcy |
| 519453888 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2025 21:00:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 519453889 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2025 21:00:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101, PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 519291239 | EDI: PRA.COM | Nov 07 2025 01:46:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519294737 | EDI: PRA.COM | Nov 07 2025 01:46:00 | Portfolio Recovery Associates, LLC, c/o SUNOCO, POB 41067, Norfolk, VA 23541 |
| 519291242 | EDI: PRA.COM | Nov 07 2025 01:46:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519256064 | EDI: Q3G.COM | Nov 07 2025 01:46:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519252742 | Email/Text: ngisupport@radiusgs.com | Nov 06 2025 21:00:00 | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 519252744 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 06 2025 21:00:00 | State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, PO Box 245, Trenton, NJ 08695-0245 |

| Recip ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 519284244 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2025 21:25:12 | SoFi Lending Corp, PO Box 10587, Greenville SC 29603-0587 |
| 519252743 | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 06 2025 21:12:02 | Sofi Lending Corp, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 519253581 | + EDI: PRA.COM | Nov 07 2025 01:46:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519299220 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 06 2025 21:00:00 | TIAA, FSB, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 519252745 | EDI: CITICORP | Nov 07 2025 01:46:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519252747 | Email/Text: BAN5620@UCBINC.COM | Nov 06 2025 21:00:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 519294578 | + EDI: AIS.COM | Nov 07 2025 01:46:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 66

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519262263 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519261754 | *+ | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 519279123 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 519539532 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519252728 | ## | DCM Services, 7601 Penn Ave S Ste A600, Minneapolis, MN 55423-5000 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 08, 2025              Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Bank of America N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| John R. Morton, Jr. | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Nov 06, 2025 | Form ID: 148 | Total Noticed: 69 |

    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.
ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Marie-Ann Greenberg

magecf@magtrustee.com

Scott J. Goldstein

on behalf of Debtor Christopher FIscher scott@wg-attorneys.com
LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com

Scott J. Goldstein

on behalf of Joint Debtor Magdalena Fischer scott@wg-attorneys.com
LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com

Shauna M Deluca

on behalf of Creditor TIAA  FSB sdeluca@hasbanilight.com, hllawpc@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8